5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED

2014 MAR 31  PM 2:20

~~THE~~ ~~CLERK~~
~~OF~~ ~~THE~~ ~~NORTHERN~~ ~~DISTRICT~~
~~OF~~ ~~INDIANA~~

Rick Leslie ,  )
**PLAINTIFF**  )
*[Type or print your name on the line above]*  )
  )
  )
  )
v.  United States  )
Attorney General  Eric Holder ,  )
**DEFENDANT**  )
*[Type or print only the name of the first*  )
*person you are suing. List everyone you*  )
*are suing on page 2.]*  )

Cause No.  **4:14CV028**

*[Leave this blank, the clerk will*
*supply the cause number when*
*your case is received.]*

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

**A. PLAINTIFF** *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Rick                                    Leslie

   Name: First          Middle          Last

2. What is your address: 702 Old Farm Road
   Laf. In. 47909

Phone number (___) 765 491 2759

**B. DEFENDANT(S) How many defendants are you suing:** 1

*[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, underline them.]*

(Revised May 2, 2006)

6

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|

1. Eric Holder   U.S. Attorney General
   950 Pennsylvania Ave   NW
   Washington DC   20530

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what , when , where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Cyberstalking   Using my Computer to
   Harrass me   Provoke me.

   Using my phone to harrass me And provoke
   me.

   And Spreading false rumors and or
   information about myself for all of the
   wrong reasons.

\* See my list of legal[2] violations —
Numbered and Highlighted.   (Next Page)

Cause(s) of Action with Supporting Facts (continued)

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☒ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: The last time I sued because I was Adjatated.

Judge: I was being hijacked in court

Docket Number:

Date filed: but because I refused to back down

Date closed: The case was Dismissed.

NO This is a different lawsuit Filed for different reason

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

I contacted Holder and a number of other people about the invasive and abusive actions of your police personnel. It all fell on deaf ears.

✳ See next page via what I expect our justice system, to do.

3

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_____I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_____I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_____In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_____I agree to promptly notify the clerk of any change of address.

_____I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_____I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this ___31___ day of ____March_____, 20_14_.

_____
Your Signature

4

This was A memo sent to Eric Holder among others Jan 24 2014

about the Computer Abuses.

I didn't include the actual memo. I just included the Addresses of those that recieved the plea for help.

Certified Mail.

I have contacted you hoping that you might be able to do something about these invasive techiques that are being used by the police  CONSTANTLY.

My name is Rick  Leslie
702 Old Farm Road
Lafayette IN.  47909        765 491-2759                9999leslie@gmail.com

Sent to :

Patrick Harrington
Tippecanoe county prosecutors office – Tippecanoe county courthouse
301 Main street
Lafayette IN. 47901

Tom Blevins
Blevins Insurance Agency Inc.
803 S. 18th street
Lafayette IN. 47905

Indiana Supreme Court
Legal Department
315 Indiana State House
200 West Washington Street
Indianapolis IN. 46204

Judge Thomas Busch
Superior Court 2 – Tippecanoe county courthouse
301 Main street
Lafayette IN. 47901

Tippecanoe County Sheriff Office
Legal Department
2640 Duncan Road
Lafayette IN. 47904

Federal Bureau Investigation
Legal Department
8825 Nelson B Klein Pkwy.
Indianapolis IN. 46250

3

U.S. Department of Justice
Legal Department
950 Pennsylvania Avenue, NW
Washington, DC  20530

United States Attorney General
Eric Holder
950 Pennsylvania Avenue, NW
Washington, DC  20530

Jocelyn Samuels
Civil Rights
950 Pennsylvania Avenue, NW
Washington,  DC  20530

Chris Eskew – Attorney
1 North  Meridian Street      # 600
Indianapolis  IN.  46204

Josh Moudy – Attorney
135 N. Pennsylvania Street   Suite 1175
Indianapolis  IN.  46204

Robert J. Little – Attorney
415 N. State Road 43
Brookston  IN.  47923

Michael Parkinson – Attorney
816 Main Street
Lafayette IN.  47901

Frederick Vaiana – Attorney
141  East Washington Street,     Suite 300
Indianapolis IN.  46204

Greg Zoeller
Attorney General of Indiana
Indiana Government Center South
302 W.  Washington Street    5th  floor
Indianapolis  IN.  46204

Chief Judge Philip P. Simon
Northern District of Indiana
5400 Federal Plaza
Hammond  IN.  46320

4

David Capp
United States Attorneys Office
Northern District of Indiana
5400 Federal Plaza      Suite 1500
Hammond  IN. 46320

Los Angeles County Sheriff
Legal Department
4700 Ramona  Blvd.
Monterey Park,  CA.  91754

Charles E. Wallace
Lafayette Police Sergeant
2323  S.  Haven Blvd.
Lafayette  IN.  47909

Eric Katz      228
mobile forensics lab
Dept. of Computer Tech.
Knoy Hall of Tech.
401  N. Grant St.
West Lafayette  In.
47907

5



**FILED**

MAR 31 PM 2:19

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Rick Leslie                    )
_____ , )
**PLAINTIFF**                  )
*[Type or print your name on the line above]* )
                               )
                               )
        v.  United States      )
Attorney General Eric Holder   )      Cause No. **4:14CV028**
_____ , )
**DEFENDANT**                  )      *[Leave this blank, the clerk will*
*[Type or print only the name of the first* )   *supply the cause number when*
*person you are suing. List everyone you* )   *your case is received.]*
*are suing on page 2.]*        )

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. ___Rick_____Leslie_____

    Name: First     Middle     Last

2. What is your address: ___702 Old Farm Road___
     ___Laf. In. 47909___

Phone number (____) _765 491 2759_____

B. DEFENDANT(S) How many defendants are you suing: ___1___

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

*(Revised May 2, 2006)*

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|

1. Eric Holder    U.S. Attorney General
950 Pennsylvania Ave    NW
Washington DC    20530

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what , when , where, and how you believe
your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in
describing what happened to you. If you do not write what each defendant did, the court will not
know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do
not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file
a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Cyberstalking    Using my Computer to
Harrass me    Provoke me.

Using my phone to harrass me And provoke
me.

And Spreading False rumors and or
information about myself for all of the
wrong reasons.

* See my list of legal² Violations —
Numbered and Highlighted.    (Next Page)

**COMPUTER CRIME** illegal activity that either uses a computer to commit the offense (such as **cyberstalking, identity theft, theft, fraud,** or child sexual exploitation) or attacks another computer system by way of **hacking** or the unleashing of a program virus. See, e.g. 18 U.S.C. § 1030.

**CONCERTED ACTION [CONCERT OF ACTION]** "action which has been planned, arranged, adjusted, agreed upon, and settled between parties acting together, in pursuance of some design or in accordance with some scheme." 416 F. 2d 857. 860. Thus, in the criminal law, concerted action is found only where there has been a **conspiracy** to commit an illegal act. i.e., all must share the criminal intent of the actual perpetrator. 6 S.E. 2d 647, 649. But there cannot be a conspiracy or concerted action when the crime, by its nature, requires participation of at least two people. 184 A. 2d 814, 820.

The term also applies to joint **tortfeasors** where there is tort liability for conspiracy. See Prosser & Keeton on Torts §46 (5th ed. 1984).

**CONSPIRACY** "a combination of two or more **persons** to commit a criminal or **unlawful** act, or to commit a lawful act by criminal or unlawful means; or a combination of two or more persons by **concerted action** to accomplish an unlawful purpose, or some purpose not in itself unlawful by unlawful means. It is essential that there be two or more conspirators; one cannot conspire with himself." 314 P. 2d 625, 631. Some jurisdictions, however, permit prosecution of one person for a conspiracy when, for example, the other party(ies) cannot be located or is otherwise unavailable for prosecution. A conspiracy to injure another is an actionable **tort**; it may also be a criminal offense if the object of the conspiracy is within the reach of the definition of criminal conspiracy in the particular jurisdiction. See generally, **Model Penal Code** §5.03. Compare **accessory; accomplice; aid and abet.**

**ABUSE OF PROCESS** employment of the criminal or civil **process** for a use other than one which is intended by law; "the improper use of process after it has been issued, that is, a perversion of it." 32 A. 2d 413, 415. "Malicious use of civil process has to do with the wrongful initiation of such process, while abuse of civil process is concerned with a perversion of a process after it is issued." Id.

**CONSPIRATOR** one involved in a **conspiracy;** one who acts with another, or others, in **furtherance** of an unlawful transaction. "It is not necessary that all of the conspirators either meet together or agree simultaneously. . . . It is not necessary that each member of a conspiracy know the exact part which every other participant is playing; nor is it necessary in order to be bound by the acts of his associates that each member of a conspiracy shall know all the other participants therein; nor is it requisite that simultaneous action

be had for those who come on later, and cooperate in the common effort to obtain the unlawful results, to become parties thereto and assume responsibility for all that has been done before." 47 F. Supp. 395, 400–01. According to the **Model Penal Code,** a conspirator is one who, with another person or persons with the purpose of promoting or facilitating the commission of a crime "a) agrees with such other person or persons that they or one or more of them will engage in conduct which constitutes such crime or an **attempt** or **solicitation** to commit such crime; or b) agrees to **aid** such other person or persons in the planning or commission of such crime or an attempt or solicitation to commit such crime." **Model Penal Code** §5.03(1).

**CYBERSTALKING** actions by A user of a computer that harass, monitor, or threaten another person and cause that person to be annoyed or alarmed by the user's conduct. 18 U. S.C. §2261A(2). See **stalking.**

**DEFAMATION** the publication of anything **injurious** to the good name or reputation of another, or which tends to bring him into disrepute. A defamation designed to be read is a **libel;** an oral defamation is a **slander.** 207 N.E. 2d 482, 484. There is no legal cause of action called defamation; "libel and slander may be founded on defamation, but the right of action itself is libel or slander . . ." 221 So. 2d 772, 775. Compare **fair comment.**

**DISTURBANCE OF THE PEACE** "to agitate, to arouse from a state of repose, to molest, to interrupt, to hinder and to disquiet." 156 So. 2d 448, 455. "Any act or conduct of a person which molests the inhabitants in the enjoyment of that peace and quiet to which they are entitled, or which throws into confusion things settled, or which causes excitement, unrest, disquietude, or fear among persons of

ordinary, normal temperament." 138 So. 851. See **breach of the peace.**

**EAVESDROPPING** the monitoring of communications by a third party without the knowledge of the communicating parties. See **invasion of privacy, wiretapping.**

**EMOTIONAL DISTRESS** extreme personal suffering caused by the **intentional** or **negligent** actions of another. 445 N.W. 2d 706. Prosser & Keeton on Torts p. 60 (5th ed. 1984). Physical injury (or even physical contact) is no longer a required element for the recovery of **damages.** Id. p. 56–57. Monetary awards have been issued in cases of **harassment, sexual harassment, libel,** and **slander.** Id. p. 60–61; 20 Empl. Rel. L.J., pp. 65–65. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS and NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS involve those two respective **states of mind.** Examples might include

a lab technician calling and deliberately falsely stating, "Your lab results show that you have HIV" (intentional) versus the loss of a coffin and its contents by an airline (negligent).

**EXPLOITATION** the act of taking unfair advantage of some person or situation. See **sexual exploitation.**

**FACILITATION** in criminal law, a statutory offense rendering one guilty when, believing it probable that one is aiding a person who intends to commit a **crime,** one engages in conduct which assists that person in obtaining the means or opportunity to commit the crime and in fact one's conduct does aid the **person** to so commit it. See N.Y. Penal Law §115.

**HARASSMENT** in criminal matters generally, a **prosecution** brought without reasonable expectation of obtaining a valid conviction. 437 F. Supp. 201. 221. Any exercise of authority in such manner as to be unnecessarily oppressive; connotes purposeful actions and conduct motivated by a malicious or discriminatory purpose.

**HUMAN RIGHTS VIOLATIONS** criminal law violations relating to genocide, torture, war crimes, the use or recruitment of child soldiers as well as sexual abuse, political, racial, or religious persecution, and other inhumane acts which are part of a widespread or systematic practice of atrocities. Victims are persons who individually or collectively suffered harm, including physical or mental injury, emotional suffering, economic loss, or substantial impairment of their fundamental rights, through acts or omissions that constitute violations of human rights laws, or violations of international humanitarian laws.

**IMMORAL CONDUCT** that "conduct which is willful, flagrant, or shameless, and which shows a moral indifference to the opinions of the good and respectable members of the community." 20 P. 2d 896, 897. It is sometimes the basis for suspension or revocation of authority to practice certain professions such as law and teaching. See id., 421 P. 2d 586, 589.

**INJURY** any wrong or damage done to another, either in his person, rights, reputation, or property. 24 So. 2d 623, 626. Unlike the ordinary meaning of injury (that which damages the body), a LEGAL INJURY is any damage resulting from a violation of a legal right, and which the law will recognize as deserving of redress. See 33 A. 1, 2. See **damnum absque injuria; irreparable injury.** Compare **damages.**

**INVASION OF PRIVACY** the wrongful intrusion into a person's private activities by other individuals or by the government. Tort law protects one's private affairs with which the public has no concern against unwarranted exploitation or publicity that causes mental suffering or humiliation to the average person. The right to be left alone is not always superior to the rights of the public and it may or may not exist or may exist to a lesser degree with regard to the life of a public figure, such as a politician or other person in whom the public has a rightful **interest.** The right to personal privacy is encompassed as an aspect of liberty protected against government interference by the Constitution's **due process** clause. Some of the personal decisions protected from unwarranted government interference include decisions relating to marriage, procreation, contraception, family relationships, child rearing, and education. 431 U.S. 678. See **privacy, right of; wiretapping.**

**MALICE** the state of mind that accompanies the intentional doing of a wrongful act without **justification** or excuse. 99 A. 2d 849, 854. It refers to an "intent to cause the very harm that results or some harm of the same general nature, or an act done in **wanton** or **wilful** disregard of the plain and strong likelihood that some such harm will result. It requires also on the negative side the absence of any circumstance of justification, excuse or recognized mitigation." 118 N.W. 2d 422, 425. It denotes "a reckless disregard of human life which proceeds from a heart and mind devoid of a just sense of social duty and fatally bent on mischief." 234 A. 2d 442, 443. Blackstone first said that malice may be either express or implied in law. EXPRESS [ACTUAL] MALICE is that type of **malice aforethought** that includes an **intent** to kill. IMPLIED [CONSTRUCTIVE, PRESUMED] MALICE is a state of mind sufficient for murder but lacking specific intent. It is inferred from the conduct of the actor and the injury which results. Perkins & Boyce, Criminal Law 75–76 (3d ed. 1982). See 43 Yale L.J. 537 (1934).

With respect to **slander** and **libel,** it is the mental state that accompanies the making of a false statement when the maker knows it to be false or when the maker recklessly disregards the truth or falsity of it. See 362 F. 2d 188, 195.

In cases of **malicious prosecution,** it embodies an intent to institute a **prosecution** for a purpose other than "bringing an offender to justice." 164 So. 2d 745, 750. It includes any prosecution "undertaken from improper wrongful motives or [in] reckless disregard of the rights of the plaintiff." 461 P. 2d 557, 559.

**MALICIOUS ARREST** the arresting of a person on a criminal **charge** without **probable cause,** or with knowledge that that person did not commit the offense charged. See **malicious prosecution.** Compare **false arrest.**

**MENTAL ANGUISH** compensable **injury** embracing all forms of mental pain, as opposed to mere physical pain, including deep grief, distress, anxiety and fright. See 114 So. 529. Compare **pain and suffering.**

**MISCONDUCT IN OFFICE** corrupt misbehavior by an officer in the exercise of the duties of the office or while acting under color of the office, 185 A. 2d. 45, 47; includes any act or omission in breach of a duty of public concern by one who has accepted public office, 318 A. 2d 783, 786. See **bribery.**

**NUISANCE** in tort law, it is a broad concept characterizing "the defendant's interference with the plaintiff's interests." Prosser & Keeton on Torts 617 (5th ed. 1984); "anything which annoys or disturbs the free use of one's property, or which renders its ordinary use or physical occupation uncomfortable. . . , [I]t extends to everything that endangers life or health, gives offense to the senses, violates the laws

PRIVATE NUISANCE "an actionable interference with a person's interest in the private use and enjoyment of his land." 212 N.W. 2d 505, 508.

**NUISANCE PER SE** an act, occupation, or structure that is a nuisance at all times and under any circumstances, regardless of its location or surroundings; acts that are denounced as illegal by law, when perpetration of them invades rights of others. 281 S.W. 2d 721, 723. From an evidentiary point of view once a nuisance per se is established by proof, it becomes a nuisance as a **matter of law.** 268 N.W. 2d 525, 529.

**OMISSION** a "neglect or failure to do something, that which . . . is left undone," 175 So. 358, 364; the "neglect to perform what the law requires," 109 N.E. 2d 385, 387; may be intentional or unintentional. An act of omission will not give rise to liability unless there is a **duty** to act. Thus a parent owes a duty of protection to his child and if he fails to do what is required to protect the child, he may face criminal liability; a nurse who neglects a patient may face tort and/or criminal liability. Thus, an omission, though it consists of a failure to act, may constitute the **actus reus** which is a component of criminal liability.

**POSSESSION** dominion and control over **property**; "the having, holding, or detention of property in one's power or command." 50 N.Y. 518, 523. When distinguished from mere **custody**, it is said to involve custody plus the assertion of a right to exercise dominion and control. See 488 P. 2d 316. See also **unities** [UNITY OF POSSESSION].

ACTUAL POSSESSION immediate and direct physical control over property. 426 F. 2d 992. With regard to **real property**, it involves actual occupation of the property, see 92 S.E. 550, or direct appropriation of the benefits it yields. See 175 P. 247.

CONSTRUCTIVE POSSESSION the condition of having the conscious power

and intention to exercise dominion and control over **property** but without direct control or actual presence upon it.

**SELF-DEFENSE** the right to protect one's person, or members of one's family, and, to a lesser extent, one's property, from harm by an aggressor. It is a valid **defense** to a criminal **charge** or to tort liability. The essential elements of self-defense are, "[f]irst, that the defendant must be free from fault, must not say or do anything for the purpose of provoking a difficulty, nor be unmindful of the consequences in this respect of any wrongful word or act; second, there must be no convenient mode of escape by retreat or by declining the combat; and, lastly, there must be a present impending peril . . . either real or apparent, [so] as to create the **bona fide** [or reasonable] belief of an existing necessity." 23 So. 2d 19, 20. Whether or not retreat is required depends upon the jurisdiction and the circumstances and **deadly force** may be used only when necessary to meet imminent danger of death or serious bodily injury.

There are two classes of self-defense, perfect and imperfect. "A perfect right of self-defense can only obtain and

avail where the party **pleading** it acted from necessity, and was wholly free from wrong or blame in occasioning or producing the necessity which required his action. If, however, he was in the wrong—if he was himself violating or in the act of violating the law—and on account of his own wrong was placed in a situation wherein it became necessary for him to defend himself against an attack made upon himself, which was superinduced or created by his own wrong, then the law justly limits his right of self-defense, and regulates it according to the magnitude of his own wrong. Such a state [is] . . . the imperfect right of self-defense." 162 U.S. 466, 472. See also **justification**.

**PRIVACY, RIGHT OF** a general right to be left alone, 389 U.S. 347; a right to "live life free from unwarranted publicity," 127 So. 2d 715, 716. A "generic term encompassing various rights recognized . . . to be 'inherent in the concept of ordered liberty.' . . . including protection from governmental interference [in the areas of] intimate personal relationships or activities, freedoms of the individual to make fundamental choices involving himself, his family, and his relationships with others." 540 S.W. 2d 668, 679. The right is not absolute and so does not apply to private conduct harmful to individual participants or to society. 553 F. Supp. 1121.

Although the federal Constitution does not explicitly provide for this right, "zones of privacy may be created by specific Constitutional guarantees and impose limits upon governmental power." 424 U.S. 693, 712. These "zones" have been implied from the general thrust of the **Bill of Rights**, 381 U.S. 479, and specifically the **First**, Third, **Fourth, Fifth,** and **Ninth** Amendments, to cover a broad spectrum of areas, including the right to have an abortion (subject to certain state regulations), 410 U.S. 113, to counsel married persons concerning birth control, 381 U.S. 479, to possess or view **obscene** materials in the home, 413 U.S. 49, and to keep certain types of information private, 440 U.S. 301, 318. The right may not exist where there is some other compelling state interest, such as curbing the use of illegal drugs, 429 U.S. 589. See Warren & Brandeis, The Right to Privacy, 4 Harv. L. Rev. 193 (1890).

Invasions of one's privacy constitute a tort for which remedies are available. The four different types of torts are: (1) appropriation, or the use of a person's name, picture, or likeness as a symbol of his or her identity without compensation; (2) an intrusion upon a person's physical solitude or seclusion; (3) the public disclosure of private facts; and (4) placing a person in a false light in the public eye by associating this person with beliefs or activities with which this **person** has no connection. Prosser & Keeton on Torts §117 (5th ed. 1984).

**STALKING** persistent, distressing, or threatening behavior consisting of at least two elements: the actor must repeatedly follow the victim and must engage in conduct that annoys or alarms the victim and serves no legitimate purpose. See N.J.S.A. 2C:12-10.

**SUPPRESSION OF EVIDENCE** the refusal to produce evidence or to allow evidence to be produced for use in litigation. Suppression of evidence refers most commonly to the sanction in a criminal case for an unreasonable **search or seizure** that violates a defendant's constitutional rights. In 1914, the U.S. Supreme Court held that illegally seized evidence must be excluded from use in federal criminal trials. 232 U.S. 383. In 1961, the Court expanded the **exclusionary rule** to include state criminal trials. 367 U.S. 643.

Suppression of evidence also refers either to a party's refusal to produce evidence or to interference by a party with the production of evidence when another party seeks the evidence pursuant to the law. In civil cases, the failure to produce evidence may constitute an admission that the evidence is unfavorable to the party refusing to produce it. McCormick on Evidence §264 (6th ed. 2006).

**TORTURE** any act by which severe pain or suffering, whether physical or mental, is **intentionally** inflicted on a person for such purposes as obtaining from him or her or a third person information or a confession, punishing him or her for an act he or she or a third person has committed or is suspected of having committed, or intimidating or coercing him or her or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in, or incidental to **lawful** sanctions. **Geneva Convention** Against Torture, Part 1, Art. 1 (1)(1985).

**UNLAWFUL ENTRY** the statutory crime of entering onto someone else's property without their consent by fraud or force. Unlawful entry is broader than and should be distinguished from the common law crime of **burglary** which requires the breaking and entry of the dwelling of another at night and with felonious intent. Statutes prohibiting unlawful entry were passed to protect society from acts not prohibited by burglary. See **trespass.** Perkins & Boyce, Criminal Law 269–72 (3d ed. 1982).

**WILLFUL [WILFUL]** in civil proceedings, denotes an act that is intentional, or knowing, or voluntary, as distinguished from accidental. In a criminal statute, it generally means an act done stubbornly, obstinately, perversely, or with a bad purpose; without justifiable excuse. 290 U.S. 389, 394. See Perkins & Boyce Criminal Law 875 (3d ed. 1982).

**WRONG** generally, the violation of the legal rights of another, 175 N.Y.S. 2d 643, 645; the breach of a legal duty, 69 P. 241, 243. See **crime; tort.**

**WRONGFUL ACT** "[a]ny act which in the ordinary course will infringe upon the rights of another to his **damage,** unless it is done in the exercise of an equal or superior right." 73 N.J.L. 729, 744. Thus, the scope of the term is not limited to acts that are "illegal," but comprehends as well acts that are deemed immoral, anti-social, tortious, etc. See **tort.**

**ACCESSORY** one who aids or contributes in a secondary way or assists in or contributes to crime as a subordinate. See 216 So. 2d 829, 831. Mere silence or approval of the commission of crime does not incur accessorial liability, 81 Mo. 483, although the failure to report the commission of a felony is sometimes itself a crime. See **misprision.** An accessory does acts which **facilitate** others in the commission or attempted commission of crime or in avoiding apprehension for crime. See also **accomplice; aid and abet; conspiracy.** Compare **principal.**

ACCESSORY AFTER THE FACT those who receive, comfort or assist a felon knowing that he or she has committed a **felony** or is sought in connection with the commission or attempted commission of a felony. See 234 A. 2d 284, 285. The term thus applies to one who obstructs justice by giving comfort or assistance to a criminal offender in an attempt to hinder or prevent his or her apprehension or punishment. 378 F. 2d 540, 542.

ACCESSORY BEFORE THE FACT one who procures, counsels, or commands the deed perpetrated, but who is not present, actively or constructively, at such perpetration. See 282 A. 2d 154, 157.

**AGGRIEVED PARTY** one who has been injured, who has suffered a loss; "a party or person is aggrieved by a **judgment, order,** or **decree** whenever it operates prejudicially and directly upon his property, pecuniary, or personal rights." 223 S.W. 2d 841, 845.

**ACCOMPLICE** an individual who voluntarily engages with another in the commission or attempted commission of a crime, see 26 N.E. 2d 814; one who is liable for the identical offense charged against the **defendant,** see 233 P. 2d 347; one who knowingly, voluntarily, or **purposefully** and with com-

mon intent with the principal offender unites in the commission or attempted commission of a crime. Mere presence combined with knowledge that crime is about to transpire, without active mental or physical contribution, does not make one an accomplice. Id. 348, 349. For example, undercover agents are not accomplices. See 478 S.W. 2d 450, 451; 473 S.W. 2d 19, 20. Essential to accomplice liability is a shared, common **mens rea** and criminal purpose between **agent** and **principal.** Compare **accessory; aid and abet; conspiracy.**

**COERCION** any form of compulsion or constraint which compels or induces a person to act otherwise than freely; it may be physical force but is more often used to describe any pressure which is brought to bear on another's free will. In testamentary law, if undue influence is exerted upon the **testator,** the coercion will vitiate the effect of the instrument. In criminal law, improper conduct which coerces the defendant, interfering with his or her ability to decide whether or not to incriminate himself or herself, will void the **confession.** 385 U.S. 493, 496–500. See also **criminal coercion; duress.**

**AID AND ABET** to actively, knowingly, intentionally, or purposefully facilitate or assist another individual in the commission or attempted commission of a crime. Aiding and abetting is characterized by affirmative criminal conduct and is not established as a result of omissions or negative acquiescence. 24 A. 2d 85, 87. Compare **accessory; accomplice; conspiracy.**

**TRESPASS** at common law, a **form of action** instituted to recover damages for any unlawful **injury** to the plaintiff's **person, property,** or **rights,** involving immediate force or violence, 235 S.W. 2d 531, 532; also used today to signify the violent act itself that causes such an injury, 266 A. 2d 175, 180. In modern parlance, the term most often connotes a wrongful interference with or disturbance of the **possession** of property, 69 So. 2d 724, 726, and is applied to **personalty** as well as to **realty** 287 S.W. 2d 202, 204.

TRESPASS DE BONIS ASPORTATIS a common law action brought to recover damages from a person who has taken away goods or property from its rightful owner. 38 So. 2d 721, 722. To maintain trespass de bonis asportatis, it is not necessary to prove an actual forcible dispossession of the property, but merely the unlawful interference with, or exercise of ownership over, property, to the exclusion of the owner. 10 Mass. 125, 128. In addition, intent is unimportant, as the action may be sustained if the act was committed without justifiable cause or purpose even though it was done accidentally or by mistake. 6 Wis. 320, 321.

TRESPASS ON THE CASE one of the two early English actions at **common law** dealing with **torts** (the other being **trespass**). Trespass on the case, or simply "case," afforded remedy against injury to person or property indirectly resulting from the conduct of the defendant. The action of trespass covered only directly resulting injury. "The classic illustration of the difference between trespass and case is that of a log thrown into the highway. A person struck by the log as it fell could maintain trespass against the thrower, since injury was direct; but one who was hurt by stumbling over it as it lay in the road, could maintain, not trespass, but an action on the case." Prosser & Keeton on Torts §6 (5th ed. 1984).

TRESPASS QUARE CLAUSUM FREGIT trespass "whereby he broke the close"; where the defendant enters upon the land of the plaintiff, he or she is subject to damages for such entrance under the common law. 194 S.E. 10, 11. See **quare clausum fregit.**

TRESPASS VI ET ARMIS trespass with force and arms, or by an unlawful means; a remedy for injuries accompanied with force or violence, or where the act done is in itself an immediate injury to another's person or property. 173 S.W. 2d 606, 613.

**TRESPASSER** one who enters or remains upon land of another without the owner's permission. Restatement (Third) Torts 329. The owner of the land has no duty to guard against injury of a trespasser and is not liable if a trespasser injures himself or herself unless an unjustified risk of injury to such persons is created, such as by the use of spring guns or human traps. Prosser & Keeton on Torts 58 (5th ed. 1984). See trespass. Compare invitee; licensee.

*3 7 ✓*

**WIRETAP** "the acquisition of the contents of any wire or oral communication through the use of any electronic, mechanical, or other device." 18 U.S.C. §2510 (4). Federal and state law prohibit the unauthorized use or possession of wiretap devices. Key to the notion of wiretap is the expectation surrounding the communication—that it will not be subject to interception. Thus, wiretap violates federal criminal law only if it occurs by means of an unusual device, such as an electronic "bug" or a transmitter hidden in a room, since the use of telephone equipment furnished to telephone company customers, or used by the telephone company in the normal course of its business, and hearing aids are exempted. 18 U.S.C. §2510 (5). The law also applies only if information revealing the substance, purport, or meaning of the communication is acquired. 18 U.S.C. §2510 (8).

The use of PEN REGISTERS, which record the number dialed on a telephone, have been held to be beyond the law's scope for several reasons, including since it neither hears nor monitors conversations, 565 F. 2d 385 and does not intercept communications, 442 U.S. 735; 434 U.S. 159, 166–67. Some jurisdictions, however, have accorded persons a higher degree of privacy with respect to pen register disclosures. See 450 A. 2d 952.

The use of wiretaps by governmental authorities is subject to the constitutional prohibition against unreasonable **searches and seizures,** and they can only be used after a finding of **probable cause.** 389 U.S. 347. Under federal law, all wiretap applications **must** first be

authorized by a statutorily designated representative of the United States Attorney General before they are submitted to a federal judge. 18 U.S.C.  2516.

Use of wiretaps by private citizens against other private citizens constitutes the tort of invasion of privacy and gives rise to a claim for damages. However, consensual wiretapping by any one participant in an oral communication is not prohibited by the federal statute or the statutes of most states which have incorporated a ONE PARTY CONSENT standard. A minority of states has adopted a TWO PARTY CONSENT standard under which all participants must consent to render lawful a consensual interception.

*38   Entrapment*

*39 ✓   Provocation*

*40   Obstruction of Justice*

**41**

**INTENT** a state of mind wherein the person knows and desires the consequences of one's own act which, for purposes of criminal **liability**, must exist at the time the offense is committed. 473 P. 2d 169, 170. The existence of this state of mind is often impossible to prove directly; consequently, it must be determined from reasonable deductions, such as the likelihood that the act in question would result in the consequent injury. See 262 S.W. 2d 748, 751. Two general classes of "intent" exist in the criminal law: GENERAL INTENT, which must exist in all crimes, and SPECIFIC INTENT, which is essential to certain crimes and which, as an essential element of the crime, must be proved beyond a reasonable doubt. See 261 P. 2d 614. **Assault** is a general intent offense requiring only the general **mens rea** common to any offense; "assault with intent to **rape**" is a specific intent offense requiring in addition to the general mens rea for an assault a special mens rea consisting of intent to rape the victim. In tort law, intent refers to the desire to cause the consequences of one's act or the belief that the consequences are substantially certain to result from it. Restatement (Third) Torts §8A. See **animo; mens rea; scienter.**

**ANIMO** (*ăn'-ĭ-mō*)—Lat.: purposefully; intentionally.

**MENS REA** a guilty mind; the mental state accompanying a forbidden act. For an act to constitute a criminal offense, the act usually must be illegal and accompanied by a requisite mental state. Criminal offenses are

**42**

usually defined with reference to one of four recognized criminal states of mind that accompanies the actor's conduct: (1) intentionally; (2) knowingly; (3) recklessly; and (4) grossly [criminally] negligent. See Model Penal Code §2.02. The mens rea may be GENERAL, i.e., a general intent to do the prohibited act, or SPECIFIC, which means that a special mental element is required for a particular offense such as "**assault** with intent to rape" or **larceny** which requires a specific intent to appropriate another's property. In a criminal prosecution, the state must prove beyond a reasonable doubt that the required mental state coexisted with the doing of the proscribed act. Defenses of insanity, intoxication and mistake may either nullify or mitigate the existence of a SPECIFIC MENS REA. Crimes that are **malum prohibitum** often do not require any specific mens rea. See, e.g., 343 U.S. 790. These are usually crimes of **strict liability.**

**43**

**SCIENTER**   (*sē'-ĕn-tĕr*)—Lat.: knowledge; previous knowledge of an operative state of facts; frequently signifies "guilty knowledge." As used in **pleadings**, scienter signifies that "the alleged **crime** or **tort** was done designedly, understandingly, knowingly or with guilty knowledge," 211 N.W. 346, 349; "a term usually employed in legal **issues** involving **fraud**, means knowledge on the part of a person making representations, at the time they were made, that they are false . . . the false statements must have been made intentionally to deceive or with what is recognized as the legal equivalent to a deliberately fraudulent intent to deceive." 444 S.W. 2d 498, 505. See also **culpable; mens rea.**

**CULPABLE** deserving of moral blame; implies fault rather than guilt; "criminal, reckless, gross . . . it means disregard of the consequence which may ensue from the act, and indifference to the rights of

others," 183 N.E. 273, 275; as well as intentional wrong-doing.

**44**

**CULPABLE MENTAL STATE** generally, the state of mind which is necessary in order to commit a crime. At common law both an intent to commit a crime, called the **mens rea**, and the acts which constitute the crime were required to establish guilt. 4 Bl. Comm. *21. During the 19th century, American law developed the doctrine that punishment for crimes resulting in death depends upon the intent of the actor. Generally, willful, deliberate, and premeditated killing was classified as first degree murder, while a killing with malice, or mere intent to kill, would be classified as second degree murder. The distinction is statutory and varies widely among jurisdictions. Most modern criminal codes define the culpable mental states in specific terms such as acting intentionally, purposefully, knowingly, recklessly, or negligently. Model Penal Code §2.02. See **mens rea.**

\* 40 different legal Violations.

13

Cause(s) of Action with Supporting Facts (continued)

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

☒ NO  ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: The last time I sued because I was Adjatated.

Judge: I was being hijacked in Court     Docket Number:

Date filed: but because I refused to back down     Date closed:

the Case was Dismissed.

NO This is a different lawsuit     filed for different reasons.

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

I contacted Holder and a number of other people about the invasive and abusive actions of your police personnel. It all fell on deaf ears.

✱ See next page via what I expect our justice system to do.

See Cease and Desist order.

~~Other relief being sought =~~

**CEASE AND DESIST ORDER** an order of a court or other body having judicial authority prohibiting the person or entity to which it is directed from undertaking or continuing a particular activity or course of conduct. Such an order may be issued upon a showing, to a degree of certainty or probability, that the conduct is unlawful or likely to be found unlawful. 651 P. 2d. 802, 805. Distinguished from **mandatory injunction** in that a mandatory injunction commands the performance of some positive act, 187 F. Supp. 36, 39, whereas a cease and desist order **commands** the prohibition of an act. See **injunction.**

Surveillance is defined as oversight or supervision. In Criminal law, an investigative process by which police gather evidence about crimes or suspected crimes through continued observation of persons or places.

This so called surveillance has Been going on continuously since January of 2010 — to present day Maybe even longer.

But there have Been no crimes or Suspected crimes. The Supeana for Surveillance was more than likely acquired maliciously

In September of 2012   I was  Arrested Unneccesarily.
what has followed and or transpired is an
        Invasion of privacy          using  invasive
tactics    nonstop    Every time I went online
        I was abused.

There are no words to properly explain this
        hideous       Abuse of power.

All I have are  videos of a number of these
invasions    and pleas or requests
for help  to those whom might be able to
help.

* It is important to note that the police —
        (the online Abusers)
Tracked my car    my cell phone And
all online computer Use    making Any
    attempts  to prove them guilty  utterly

~~xxx~~ impossible.

I contacted Marcus Rodgers a computer forensic specialist at Purdue University. I sent Rodgers 2 letters asking for help. When he ignored me I sent him a third letter and told him I thought he was an Ass____

I also contacted Eric Katz a cellphone mobile forensics specialist And a Computer Forensic Specialists.

I made numerous trips over to their offices.

I posted signs / memos Asking grad students for help.

17

Marcus Rodgers pulled the plug on me. He made Any attempts on my part to get help — impossible.

Rodgers and a number of others at Purdue could look over my video evidence and explain to a judge that these tactics or Abuses are not just some hacker, bored with nothing else to do.

Rodgers should be called into Court because he knows Computers and he knows and works with the police regarding Computers.

18

Rodgers should be contacted before he goes on summer break.

Marcus Rodgers
Dept. of Computer Tech  Rm 223
Knoy Hall of Tech.
401 N. Grant Street
West Lafayette In.  47907
(765) 494·2561

rogers m K @ purdue.edu.

---

Send letter or email to

Eric Katz

Same Address

19

I Sent letters to Katz     and went
over And talked with him  on more than
one occassion .




Ivan
   630  303  2487

Computer Student.         He Agreed to
    help me.        When I called him
weeks later and was looking to hire
    him     —  he hung up on me.

Marcus Rodgers  had contacted
    everyone in the Computer department
and told them not to Assist me.

20

Rodgess is partners with —

Partners www. in. gov / isp

= Indiana state police

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

# Comcast.

41112 CONCEPT DR
PLYMOUTH MI 48170-4253

AV 01 014741 58457B 54 A**5DGT
RICK LESLIE
702 OLD FARM RD 47909-3520
LAFAYETTE IN 47909-

| Account Number | 01728 158834-08-5 |
|---|---|
| Payment Due by | Due Now |
| Total Amount Due | $134.65 |
| Amount Enclosed | $ |

Make checks payable to Comcast

Internet provider
started service
Oct 4 2012

Ended service   March 10, 2014

The first time I actually went online
And Used the Computer
after my Sept 18 2012   Arrest
was    Tuesday Oct 9 2012.


I remember the day    because the next day
at 11:07 pm Wed Oct. 10 2012

Tippecanoe County Sheriff Detective
D. Jason Morgan    and another
partner of his showed up at my
neighbors door And left a business
Card.

These individuals would provide false and misleading information to my neighbor. They would take her under their wing and coach her to literally attempt to entice and entrap me so these police could make Another quick Arrest to overshadow the Sept 18 2012 Arrest of which they knew was weak.

I believe cable company   Comcast — my internet provider   had been Contacted by the police at some Point.

I believe that they could provide information that proves that the police had an interest in my online Activity.

I also contacted Computer Forensic Specialist Thomas Lauth                    March 10 2014
201 North Illinois street    16th Floor
Indianapolis In. 46204       South Tower
(317) 951 1100
+ lauth. investigations @ gmail. com

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.61 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | (or) other guy |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.97 |

(M 10 2014 Postmark Here)

Computer Forensics

1 or 2

Sent To: Thomas Lauth
Street, Apt. No.; or PO Box No. 201 North Illinois St.
City, State, ZIP+4 Indy 46204   16th Floor S. Tower

PS Form 3800, August 2006          See Reverse for Instructions

7013 1710 0000 3083 1337

24

Lauth   never responded

_____

The following 2 pages are 2 memos that I
tacked and or taped to students
looking for work bulletin boards
at Purdue Computer Forensic Lab
location.

Both memos were given to an office worker

at

**PURDUE**
UNIVERSITY

DEPARTMENT OF COMPUTER
AND INFORMATION TECHNOLOGY

Main Office
*Academic Information*

Knoy Hall of Technology, Room 255
401 N. Grant Street
West Lafayette, IN 47907-2021

(765) 494-2560   Fax: (765) 496-1212
cit@purdue.edu
www.tech.purdue.edu/cit

_____

This office worker said she would
take each memo and Mass email them
to prospective computer students looking for work

My name is Dewayne   off campus Resident. Two years Ago I testified against a man in So. Calif. who then spent 2 years in prison. He was recently released.   I am getting computer — online threats of a serious nature.   I need someone who knows how to trace this persons computer location so that I can then get their IP Address.

Please contact me at   765 491 2759

Wireshark          Packet Sniffing

$

I pay Cash.   Lets get together
and talk about what
I need.

Rick
765  491  2759

In the first memo. I used the name Dewayne because I knew Marcus Rodgers was out to prevent me from acquiring assistance.

I even made up a story so that he might over look the memo thinking, it was actually someone else.

---

The 2nd memo I just cut to the chase. Wireshark and Packet Sniffing

were two terms I was told by
Computer students that
were a must knowledge of
if I was to hire someone
to trace And track
the online Bully.

If you didnt know what
wireshark or packet sniffing
meant

It meant you were not
qualified for the
job.

29

The memos were taken down off of the bulletin boards almost immediately After I had placed them.

The Mass emailing of the I memo's — Never happened either.

The police knew I was inside the building each time I went over.

They were playing an Active role via my inability to ~~can~~ acquire

assistance.

The next page is Lafayettes one And only
Civil rights lawyer.

I had asked Marcus Rodgers to contact
this attorney.   Rodgers never did
contact the attorney    that I know
of.

The attorney was reluctant to contact
Marcus Rodgers.   The attorney was
absolutely no help whatsoever.



**rick leslie< 9999leslie@gmail.com>**

## RE: rick leslie
1 message

**Michael L Parkinson** < parkinson.ml@frontier.com>
Reply-To: parkinson.ml@frontier.com
To: rick leslie <9999leslie@gmail.com>



Mon, Oct 28, 2013 at 10:18 AM

Yes, if you have evidence, then there is something to pursue.      If you have evidence that your computer has been hacked/tampered with etc, then, yes, I would be happy to review the evidence you have.  My rates are $200/hr.    However, I'm not a computer expert and if the evidence is in or from your computer system, then you would be better off at this point to hire a computer expert (e.g. from Purdue) to analyze your computer, document and write a report affirming the invasion and, if possible, the source of the invasion into your system.  With such a report I would have something to pursue.    Hope this helps.

Sorry for the delay.   Our phone system failures and other systemic problems in the new office continued and were not finally resolved until Friday.

Michael L. Parkinson

Attorney at Law

816 Main Street

Lafayette, IN  47901

765-742-7109

**From:** rick leslie [mailto:9999leslie@gmail.com]
**Sent:** Tuesday, October 08, 2013 10:38 PM
**To:** parkinson.ml@frontier.com
**Subject:** rick leslie



i have evidence. i have spent a lot of time video taping the invasions. if i didn't have evidence i wouldn't have contacted you

i would like to show you the evidence.  you would be a good one to provide me with some good legal advice as to what if anything i should do next

lets wait till you get settled into your new place. then i want to meet with you

I believe the United States Government was well aware of the police(s) Computer Access to my Computer.

August 8 2012 I was leaving California. I noticed 2 Gov Cars tailing me.

\* this was rather Common place with the police.

Still is

---

It was the first and only time I saw the word Gov on a tailing Vehicle.

They were trying to send a message to me.

Sept 11 2012    I first noticed the
Indiana state police making
their presence known.

Then Again on Sept. 18 2012
minutes before I was Arrested by
A Deputy Sheriff in
Tippecanoe County.

Eric Holder is the main person
who oversees all law enforcement.

I contacted Holder Jan 24 2014
and complained and asked for
intervention regarding cyberstalking
techniques being used by police.

There was no response
And the invasions continued.


The online invasions were intense and
continuous.

They were abusive in Nature.

It has Been a violation of my privacy And
my rights as a U.S. citizen.


These invasions were launched at me
Aggressively and with
Malicious intent.

I've been using the word were as if it were past tense. The internet disconnect date was March 10. 2014 It wouldn't be smart to continue invasions that were similar And identifiable.     The invasions are still ongoing.   But they are subtle   different in nature  and would be difficult     but not   impossible to prove.

I have photographs of the police outside my Apartment at crucial times that I believe connects   them to internet activity    emails etc.     There is a connection.

For privacy reasons  I have went to the electronic store   Best Buy  and purchased   2   maybe 3 different computers  just so I can come home and type up a memo or a motion  in private.

Only Markus Rodgers and perhaps even Best Buy would be able to explain how the police can still penetrate the walls of a computer without being plugged into the actual internet.

In a sense I have been a prisoner of war. Shackled at home with my one and only computer — And forced to endure continuous attempts to prod And provoke me.

Dont think for a second that I havent turned around to ~~catch~~ confront the bully.

I believe this was the intention of the police. To launch a continuous barage of invasive techniques to effect my attitude, demeanor And

Approach via my court proceedings.
I was representing myself Pro Se and
was printing up a number of motions
regarding my case verses the state of
Indiana. The online police
rode me And Kuked me every step
of the way.

Using a tracking device on my Car, Using
my cell phone. And the Computer.


It was a war. After a while you
find out ways to retaliate or to offset
the Psychological implications of being
Abused.


And the police would take my retaliation
and they would use it as A
means to turn the Courts Against

me.

Remember this is the same police who can illegally Arrest you write a false police report

Yet their word And their tactics ~~Are~~ . Are golds

" The police can do no wrong "

Here to protect And to serve.

There is in fact An ugly side to the police that very few people know exists.

I believe this is what the police do when they know you Are not Criminally inclined.

79

So they assault you
Abuse you                Prod
And provoke you          And
then they turn you into a    menace.

They make you into what they want others
to percieve you.

In escence          And in my Case
it is the federal government
and their overzealous agents, if you
will who are the culprit.
The law breakers.     The Villians.

No where in America has Any other
individual been subjected
to this Kind of Abuse of power
Considering the circumstances

I had filed a civil suit against my father for reasons I will keep to myself. It was obvious that the police were interacting with this particular court      and interacting in a way as if the two were in unison with one Another.

I mean      the government is the government. In essence — Everyone in the court System is a government employee.

The problem is —      It is the police that provides the majority of information used in these courts.

If the police have an Agenda — then it is almost a 100% given that the courts will be pulled in to follow their lead.

I've said it once    I'll say it Again.
the police have taken up the role of
a Nemesis.    They know I sued my
father for money    in order to go
back out to Los Angeles   to Accomplish
some personal goals of mine —
           show business related.

The police would do And say Anything to
prevent that from happening.    I believe
the motivation behind their watching
      everything I do    is to prevent
      me from   achieving those goals.

    "How pathetic"

And how - Unconstitutional.

* the following page is An illustration of
this civil lawsuit Against
my father.

This Benjamin Diener is the 2nd
special judge that has Been Assigned
to this Civil suit.

The police prod And provoke using
my Computer etc.etc.

And the courts wait lurking
in the shadows for some kind
of disgruntled response or motion.

The goal? —

43

To make Another illegal Arrest
of Course.

"Threatening A public official"

You name it.     The police
    And the courts   (in Unison)
have tried it.

"How pathetic"

* See Special Judge Benjamin
    Diener   memo

        Next Page.

44

STATE OF INDIANA
TIPPECANOE SUPERIOR COURT

**FILED**

FEB 1 0 2014

*Chuck Coffey*
Clerk Superior Court No. 1 Tippecanoe Co.

RICK D. LESLIE
VS
JIM LESLIE

CAUSE NO. 79D01-1301-CC-00018

## ACCEPTANCE OF APPOINTMENT

The Honorable Benjamin A. Diener, Judge of the Carroll Circuit Court having been duly appointed Special Judge in this cause hereby accepts and qualifies as Special Judge.

The parties are directed to file the original of all pleadings with the Tippecanoe Superior Court and send a copy to the Special Judge at the Carroll Circuit Court, P.O. Box 28, Delphi, IN 46923. Parties are directed to contact the Carroll Circuit Court staff to schedule any hearings.

Dated this 4th day of February, 2014.

564 J711

Benjamin A. Diener, Special Judge

Williams   423 9217
           423 9 326 clerk.

pc:   Hon. Benjamin A. Diener

A couple of weeks prior to my computer being disconnected    the police began pulling the plug  via the  outlets in which I  Kept myself entertained and or connected  to my  show business goals online .

Slowing down my Computer in ways only a Marcus Rodgers could properly describe.    Making my ability to pull up different  online sites virtually impossible .
It was if they had engineered my computer, or stamped my computer.
No longer Valid.   No longer

46

Assessible.


I believe Comcast and the police have
            interacted regarding my online
            Use And my Account.
I believe strongly that information has
            Been exchanged via Comcast
And the police.

---

There is no telling who is responsible for these
online invasions.     who   where

Your guess is as good as mine.

    Are they police. FBI.        State
    police.        or  Are they 3rd
independent parties hired by  or

assisting the police    in their efforts
to break the law.

May 4 2011 — Oct 4 2011
Glendale California

This was my first taste of online Abuse.
It's a story in itself.

24 hours A day    7 days A week
Rotating shifts

Inside ~~the~~ an    extended stay hotel
on the floor just Above mine -

A small group of people    online

48

Having taken Access to my computer —

And I'm here to tell ya

It was invasive
And Continicus.

I have An email that they
used in An attempt
to entice And entrap
me.

Many months later    while back
in Lafayette Indiana
I would call the US Attorneys
office in Hammond Indiana

A government office.

And while on the phone with this person —

A lawyer

I recieved the same email

the very Same one that
was Used to entice And entrap me
while I was in California many
months before.

Coincidence ?

Is there Any doubt who is behind
this hideous

Invasive ,   Abusive.

~~online~~ online quest for
in justice .

The United States Government
of Course.


Oct 8 2013

I was emailing Someone.   A
typical day in front of the Computer.
I had used an Example —
        Where someone was Asking me to do
        Something that made
        Absolutely no Sense
        whatsoever.

51

I responded in the email with

That would be the equivalent of me
going to Iraq and joining
The Taliban.


My way of saying —

This would never happen.

As soon As I typed this on
my Computer

The police            Eager And Anxious
to Pass Along  " Alarming

52

"information" ——

Blacked out my Computer.
Shut it down


Only the police Could And would
respond so ~~that that that that~~
Unethically and ill responsibly
And Maliciously.


Prodding          Provoking
    Ease dropping
Cybers talking ——

Anything And everything in the
Book

looking desperately for
Anything they
would label As Suspicious

So that they can pass
the in Appropriate, misguided
information Along to
their Superiors —
( higher Ups )
in order to rationalize

And or Justify their Unneeded
Unwanted Access to my
private life And or
Computer.


The police Are constantly looking
for Reasons to
be Suspicious.

And I guarantee you -

Most of the things that come from
them And passed
to you.

$\longrightarrow$

55

Most if not all of it is complete
Bull s h_t

blown way out of proportion.


When   there is no cause for
                        Concern

        Create one.

When there is no need for
                Surveillance

        Create the Need.

56

When ther is no Crime being
Committed

Prod provoke      harrass
invade .

These computer hackers Are
Abominations

They should be jailed .

The police wouldn't just use my computer to
invade my privacy. They have Access to
Any phone in which I use. And it
doesnt matter how many attempts I make
to change phones to effset the
invasions. The police Are eager
~~crazy~~ and Anxious to abuse me And
trash my rights using other
invasive means via my phone.

Ever tried to hold A conversation when you
know the cops are ~~listening to the~~
listening to → every word.

Using information via your phone to
use Against you As you

58

try to proceed forward in A criminal
Case in which the police lied
in the first place.

More invasions                    Examples below


Turning phone off
Incoming phone calls from people And
area codes all over the
Country —

✳ I have audio recordings of some of
these intrusive phone calls.
And I've called back A number
of the phone numbers.
My evidence points to the police.

59

I'll let you listen to that information
And you can decide
for yourself.

Text messages —

Yes    Text messages
Sent by the intruders
Henselves.

Changing date And time   on
the phone.

Disconnecting phone calls.

※ Unexpected   interupting phone calls
incoming   when on the phone with

other people.

Usually people ~~that~~ (lawyers) that
are Assisting me via my
case verses the state And or Government.

Remember Eric Katz — the mobile
phone forensic
Specialists And Forensic
Computer Specialist at
Purdue mentioned earlier.

I sent him a certified piece
of mail Specifically
regarding this phone Abuse.

61

Obviously    I was asking him for his
Assistance.
I knew I wouldn't get it.   My main
goal of contacting him was
to later prove that I did contact
him.

I'm hoping he might be willing to
show up for A
court ordered hearing
to explain how the
police get
Access to ones phone
And the things they then

have Access to.

```
U.S. Postal Service ™
CERTIFIED MAIL ™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage            $      99
Certified Fee            3.30            Postmark
                                        Here
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $  3.79

Sent To        Eric Katz.
Street, Apt. No.;   More
or PO Box No.
City, State, ZIP+4   Interuption
       inquiry          Mobile phone

PS Form 3800, August 2006        See Reverse for Instructions
```

\* I have some call logs (phone records)
of some of these long distance calls.
        Ex. (978) --- · ---

I also have enlarged photographs of
    these same calls      Incoming
        missed calls          Usually only

one ring                 which lets me know
            they called.

Just checking in    And invading my
                privacy.
That      and halassing me.


And dont think the police just use
                your computer And
            your cell phone to
                        stalk   Annoy
                Harrass etc etc.

I was told by a private
        investigator that it is

not illegal for the police to attach
a tracking device to
your car.

Such a tracking device is seemingly
always on my
Vehicle.

Police can make their presence known
by being in their own
Vehicles and placing
themselves any where at
Any time with such
devices And so called
Surveillance.

It is not Surveillance.

It is Abuse of power.

Harrassment    Intimidation
etc etc.

I'm not Under Surveillance for all
the right reasons.

I'm Under Attack.

Literally.    Barraged by
invasive technique
one After Another

And I believe the main reason,
certainly one of the reasons

is —        Is that the police
            want me to make
        Some type of illegal
        Action Against them
in which they Can then call A
            legitimate Arrest.


Tour police personnel are breaking
                all the rules
        And making up rules


        Because they Answer to No one.
        And when they do
            Answer —

They respond with information
that fits their own
personal agenda.

---

~~I think it would~~

Phone Abuse Examples

Valentines Day 2013.        I call in alot of
        food to go orders. I Called Lafayettes Cracker
Barrell.     Had a perky     friendly exchange
with the gal who took my order     ☺

        When I arrived at Cracker Barrel And
was  talking to the phone     order taker Cashier

        who barges into the restaurant
            <u>behind</u> the Cash register

and positions himself between the
female And myself.

The Lone Ranger of course.
An overzealous  mis informed  falsely
motivated  plain clothes
cop  who  kneels down between she
And I and
interupts our  conversation.

The female wanted to know, if she could
help him with something
(she was agitated by the
strange Actions of
this overzealous (cop)

He started running his mouth. ~~at it~~

~~He we~~

And when I left   this government

official   spread   false And

misleading information

about myself to the

female.

She quit that job And I never saw

her Again   inside that

Restaurant.


Reminds me of my experience in

Glendale California

May 4 2011 — Oct 4 2011

I was meeting with several Actresses
At the time.
Actresses as in show business actresse's

When there was a friendly email and or
phone conversation
between herself And I before
I met with her

You could be sure groves of
plain clothes cops would surge
on the Area where she
And I would
meet.

On foot
in vehicles.

There not to protect And or to serve.

But to prevent
Annoy
Agitate.

Look up the word Nemosis.
or Vendetta.

These Assh--es
have no business

No reason      no Sense. At
        real part purpose
other than  to  try  And
              prevent me from
living my life freely
      And without
      interuption.


Who  hired and or assigned
        these
  mental midgets ?

To Serve and protect

" What a Croc "

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_____ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_____ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_____ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_____ I agree to promptly notify the clerk of any change of address.

_____ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_____ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _____ 31 _____ day of _____ March _____, 20 14 .

_____ Rick Leslie _____

Your Signature

4

# ALLRED, MAROKO & GOLDBERG
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*†◊
JOHN S. WEST
DOLORES Y. LEAL
R. TOMÁS OLMOS
RENEE MOCHKATEL
MARGERY N. SOMERS
CHRISTINA CHEUNG†
MARCUS J. SPIEGEL

*A PROFESSIONAL CORPORATION
†ALSO ADMITTED TO NEW YORK BAR
◊ALSO ADMITTED TO WASHINGTON DC BAR

March 6, 2014
***VIA U.S. MAIL***

Rick Leslie
702 Old Farm Road
LaFayette, IN 47909

**Re: Your inquiry**

Dear Mr. Leslie,

I am in receipt of your letter regarding your legal matter. I regret to inform you that our office does not practice law outside the state of California and we cannot give you any advice as to your legal rights in your home state. I strongly recommend you seek legal counsel immediately to advise you with respect to the statute(s) of limitations and to provide representation without delay. One source of referral to counsel willing to review matters such as yours is your county's Bar Association.

Neither this office nor any referring lawyer are your lawyers. We only agreed to review this case and have no obligation to file a lawsuit or claim to protect your rights. No written attorney/client retainer has been entered into. Our statements are a matter of opinion only and we can make no guarantees. You are free to obtain and solicit other legal advice and we encourage you to do so.

I appreciate your inquiry and wish you the best of luck in your pursuit of justice, I am

Very truly yours,

ALLRED, MAROKO & GOLDBERG

GLORIA ALLRED

GA:am

Rick Leslie
702 Old Farm Road
Lafayette Indiana  47909