_FILED_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

2014 JUN 11  AM 10: 15

Rick Leslie
_____, )
PLAINTIFF )
*[Type or print your name on the line above]* )
)
)
U.S. Department of )
v. )
Justice )  Cause No. 4:14 CV 028
_____ )
DEFENDANT )  *[Leave this blank, the clerk will*
*[Type or print only the name of the first* )  *supply the cause number when*
*person you are suing. List everyone you* )  *your case is received ]*
*are suing on page 2.]*

Amended

## COMPLAINT
## 42 U.S.C. § 1983

## I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Rick   DeWayne   Leslie
   Name: First   Middle   Last

2. What is your address:  702 Old Farm Road
   Lafayette  In. 47909

Phone number (____) 765  491  2759
   5

B. DEFENDANT(S) How many defendants are you suing: _____

*[The defendants are the people you are suing. Print or type the defendant's name, job title, the*
*state or local government agency the defendant works for, and the address of that government*
*agency. Remember to include the defendant you named in the caption on page one. If you are*
*suing more than one defendant, number them.]*

*(Revised May 2, 2006)*

\* I am adding one new defendant
via this Amended Complaint.
<u>making the total # of defendants — 5</u>

Federal Bureau Investigations
935   Pennsylvania Ave NW
Washington  DC   20535

\* One extra violation and or charge being
added to the list. See page $2\frac{3}{4}$
— Excessive Force

\* Compensatory damages and punitive damages
(Page 3)  changed to  2 billion dollars

$1\frac{1}{2}$

U.S.
→ Department of Justice

# / Defendant's Name     Job Title/Government Agency     Work Address

1. Eric Holder     U.S. Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

✳ See seperate page for the other 4 defendants
Behind this Page — numbered $2\frac{1}{2}$

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what , when , where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. _____

See U.S.

1 Eric Holder Dept of Justice Pages 1-5

2 Indiana State police Pages 1-2

3 Lafayette Indiana Police Dept Pages 1-12

4 Tippecanoe County Sheriff Dept Pages 1-6

5 Federal Bureau Investigations Pages 1-15

✳ Violations and or charges are listed on
Page $2\frac{3}{4}$

2

2   Lafayette Indiana police department
    20 N. 6th Street
    Lafayette In. 47901

3   Tippecanoe County Sheriff Department
    2640 Duncan Road
    Lafayette In. 47904

4   Indiana State police
    100 N Senate Ave
    Indianapolis In. 46204

5   Federal Bureau Investigations
    935 Pennsylvania Ave. NW
    Washington DC 20535



Page 2 ¾   CAUSE(S) OF ACTION WITH SUPPORTING FACTS

I am accusing all four defendants of all 42 violations. All of which are numbered below.

1 Unreasonable search and seizure – under the fourth amendment
2 Computer crime
3 Concerted action ( Concert of action )
4 Conspiracy
5 Abuse of process
6 Conspirator
7 Cyberstalking
8 Defamation
9 Disturbance of the peace
10 Emotional duress
11 Facilitation
12 Harassment
13 Immoral conduct
14 Injury
15 Invasion of privacy
16 Malice
17 Mental anguish
18 Misconduct in office
19 Nuisance
20 Nuisance per se
21 Omission
22 Possession
23 Right of privacy
24 Stalking
25 Torture
26 Unlawful entry
27 Willful ( Wilful )
28 Wrong
29 Wrongful act
30 Accessory
31 Accomplice
32 Coercion
33 Aid and abet
34 Trespass
35 Trespasser
36 Wiretap
37 Provocation
38 Intent
39 Mens Rea
40 Scienter
41 Culpable Mental state

42 Excessive Force

2 ¾

Cause(s) of Action with Supporting Facts (continued)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☐ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

### IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

1  Awarded compensatory damages and punitive Damages in the Amount of 2 Billion Dollars. ( 2 Billion Dollars )

2  Cease and Desist Order

3

# AMENDED COMPLAINT

4

Eric Holder is no  longer being sued by Rick Leslie
Civil case number -  4:14CV028

Instead  Rick Leslie is suing the DEPARTMENT OF JUSTICE
Same civil case number as above.

5

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | |
|---|---|
| Rick Leslie<br>_Plaintiff(s)_<br><br>v.<br><br>United States Attorney<br>General Eric Holder<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4 : 14CV028

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Eric Holder   U.S. Attorney General
950 Pennsylvania Ave  NW
Washington  DC   20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 3-31-14

Kimberly S. Pflueger
_Signature of Clerk or Deputy Clerk_



On friday June 6, 2014 I found out thru the clerk of court that I had specifically sued eric holder the united states attorney general. It was my interpretation that if I sued him I was suing the department of justice at the same time.  Apparently this is not the case.

So as of today June 6, 2014 and via my new amended complaint I no longer wish to sue eric holder the united states attorney general. Instead I wish to sue the DEPARTMENT OF JUSTICE.

This is now a part of my amended complaint. And as mentioned in the amended complaint I have also added a defendant. THE FEDERAL BUREAU OF INVESTIGATIONS.

List of defendants below.

1 The department of justice
2 Indiana state police
3 Lafayette indiana police department
4 Tippecanoe county sheriff department
5 Federal bureau of investigations

7

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_____ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_____ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_____ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_____ I agree to promptly notify the clerk of any change of address.

_____ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_____ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _____10_____ day of _____June_____, 20_14_.

_____Rick Leslie_____
Your Signature

plaintiff's favor, "but [is] not required to draw plaintiff's inference." *Aldana v. Del Monte Fresh Produce, N.A., Inc.*, 416 F. 3d 1242, 1248 (11ᵗʰ Cir.2005). Similarly, "unwarranted deductions of fact" in a complaint are not admitted as true for the purpose of testing the sufficiency of plaintiff's allegations. *Id.; see also Iqbal*, 129 S. Ct. at 1951 (stating conclusory allegations are "not entitled to be assumed true").

A *pro se* Plaintiff is held to a less stringent standard than those of attorneys *Tannenbaum v. United States*, 148 F. 3d 1262, 1263 (11ᵗʰ Cir. 1998). However, the court does not serve as *de facto* counsel for a *pro se* litigant. *Hall v. Bellmon*, 935 F. 2d 1106, 1109 (10ᵗʰ Cir. 1991). In addition the court cannot "rewrite an otherwise deficient pleading in order to sustain an action." *GJR Investments, Inc. v. County of Escambia, Fla.*, 132 F. 3d 1359, 1369 (11ᵗʰ Cir. 1998). Moreover, this Court can only examine the four corners of the complaint. *Ricman v. Precisionaire, Inc.*, 902 F. Supp 232, 233 (M.D. Fla. 1995). The Plaintiff is required to "specify the acts of each defendant which resulted in the alleged constitutional violation." *Hayden v. Coppage*, 533 F. Supp. 2d 1186, 1197 (M.D. Ala. 2008).

Ordinarily, a party must be given at least one opportunity to amend before dismissal of a complaint. *Bryant v. Dupree*, 252 F. 3d 1161, 1163 (11ᵗʰ Cir. 2001). However, the district court need not allow another amendment that would be futile and whereby the Plaintiff has failed to correct the deficient complaint originally filed. *Id. See also Ziemba v. Casade International, Inc.*, 256 F.3d 1194 (11ᵗʰ Cir. 2001) (if more carefully drafted complaint could not state claim, then dismissal with prejudice is proper). Additionally, a court should not hesitate to dismiss a complaint when the Plaintiff's allegation fails as a matter of law. *Phelps v. Kapnolas*, 308 F.3d 180, 187 (2ⁿᵈ Cir. 2002).

3

The following section is a breakdown of each defendant and why they are being sued.

1 The United states department of justice   ( pages  L1 – L5 )
2 Indiana state police  ( pages   M1 – M2 )
3 Lafayette indiana police department   ( pages    B1 – B12 )
4 Tippecanoe county sheriff department   ( pages   P1 – P6 )
5 Federal Bureau of investigations   ( pages V1 – V6    plus     pages 1MM – 9MM )

What links my lawsuit to the united states ~~attorney general eric holder?~~ *Department of Justice* SEE FACTS BELOW

The united states attorney general and or department of justice represents the united states in civil law cases as either the defendant or plaintiff, as appropriate.

The executive office for united states attorneys provides administrative support for the 93 united states attorneys ( encompassing 94 united states attorneys offices.) And was created to provide for close liason between the department of justice in washington, DC and the 93 U.S. Attorneys located throughout the 50 states.

A federal judge must have given the police access to my computer as far back as January 25, 2010. January 25, 2010 thru March 30, 2010 I recognized an interuption and or intrusion somewhere in that time frame that tipped me off that the police were in fact watching my online activity.

Days Inn   450 pioneer drive   glendale CA. 91203
An extended stay hotel
TIME FRAME -   May 4, 2011  thru  October 4, 2011

Police moved into the same hotel and took control of all of my online activity. The interuptions and interference was a barrage of invasions that would be difficult for anyone to believe.

This went on 24 hours a day,  7 days a week the entire time I was at this extended stay hotel.

I was sent an email ( one of several )  that was designed to entice and entrap.
See actual email along with this document - dated  June 27, 2011   4:45pm

Eight months later approximately  I was back in Indiana and on the phone with one of the united states attorneys in hammond indiana. I was sharing my experience in california with this individual and I explained to him that it was an abomination and that this type of activity should be stopped immediately.

I was on the phone with him well over a half an hour and on the phone with him at 4:48 pm when I got yet another email from the same email address that I did when I was in california eight months earlier. The email that was designed to entice and entrap.

This email was a different invitation of sorts but from the very same email address

Valerie Vargas   tinydanser93@aol.com

It to was designed to entice and entrap.    Dated February 6, 2012   4:48pm

I received yet another email from the same email address  again on  February 10, 2012    1:45pm

WIRETAP
The use of wiretaps by governmental authorities is subject to the constitutional prohibition against unreasonable searches and seizures, and they can only be used after a finding of probable cause. 389 U.S. 347.  Under federal law, all wiretap applications must first be authorized by a statutorily designated representative of the united states attorney general before they are submitted to a federal judge.  18 U.S.C.  2516.

On january 24, 2014  I contacted united states attorney general eric holder and attorney general of indiana greg zoeller about the invasive techniques being used on my computer by police.

"I have contacted you hoping that you might be able to do something about these invasive techniques that are being used by the police CONSTANTLY."

Attorney general of indiana greg zoellers office now represents the indiana state police in the amended lawsuit of which I filed against them and others April 23,  2014.  I believe that is a possible conflict of interest.

I sent the same information about the invasive techniques that are being used by the police CONSTANTLY  to chief judge philip simon
                              northern district of indiana
                              5400 federal plaza
                              hammond in. 46320

This is more than likely the same office that granted the police access to my computer to start with.

On march 31, 2014  I filed a federal lawsuit against eric holder the united states attorney general.

The online invasions have continued and continue to this day.

L3



## Whereabouts audition
2 messages

**Valerie Vargas** <tinydanser93@aol.com>
To: 9999ricks@gmail.com

Mon, Jun 27, 2011 at 4:45 PM

661-733-7050.  I live in Glendale

**3 attachments**



**920 (2).JPG**
3160K



**923 (2).JPG**
3564K



**924 (2).JPG**
3329K



Gmail - Fwd: tjadepelton

# Fwd: tjadepelton
1 message

---------- Forwarded message ----------
From: **Valerie Vargas** <tinydanser93@aol com>
Date: Mon, Feb 6, 2012 at 4:48 PM
Subject: tjadepelton
To: shawn@dreamreelstudios com, hughesjm@myway com, 909sticks@gmail com,
dana conrad@worldnet att net, adminfo@newhaven edu, admin@doulike com,
juan vargas99@yahoo com

Hi! Only for you!
http://www.h-ec ae/yougo php?uwowrankpage=28

Mon, 6 Feb 2012 22:48:04

"The whole party had by this time gone almost the whole round of the walk, and were now slowly
sauntering towards the house and as Madam Rachel said those last words, they were just passing along
by the side of the rocky declivity at the back of the garden." (c) Leandrea waouldnt



## Fwd: no regrets after doing this venture...
1 message

---------- Forwarded message ----------
From: **Valerie Vargas** <tinydanser93@aol com>
Date: Fri, Feb 10, 2012 at 1:45 PM
Subject: Fwd: no regrets after doing this venture...
To: 6617337050@vtext com, 6617337050@vzwpix com, 9969ricks@gmail com,
abrahamcatalan@yahoo com, admin@doulike com, adminfo@newhaven edu,
Ballabratz2303@yahoo com, juan_vargas99@yahoo com, crispesa@cox net,
dana conrad@worldnet att net, debbievargas52@yahoo com, quijano lopez@yahoo com,
famousdaves@famousdaves fbmta com, getitnnowhere50@yahoo com, Rhonda Jimenez@caltech edu,
hughesjim@yahoo com, hughesjim@myway com, Gr8teddi@aol com, wildthing10992@aol com,
noreply@crackberry com, noreply@notifications skype com, On_Camera_Audiences@mail vresp com,
PussycatDolls@mail2fans myreq net, rhonda jimenez@huntingtonhospital com, rjimenez573@aol com,
serenity_ambyr06@yahoo com, shawn@dreamreelstudios com,
Twoway 8182664447@messaging nextel com

the debt collectors were so frustrating this was my ticket to the fast life I had nowhere to turn.
http://fotograf-szczecin vot pl/breakingnews/51JustinBennett/ now im on the way to the top
the sky is the limit!

Indiana state police and their involvement in the lawsuit

August the 8th of 2012 I was leaving the state of california when I noticed for the first time 2 GOV decals located on two different vehicles. They were sending me some kind of message.

About a month later the indiana state police showed up out of nowhere.

I was training for a job in lebanon indiana when first I noticed a sheriff making his presence known. I was eventually dropped off at my vehicle which was parked in a hotel parking lot. Near my vehicle was a indiana state police car. There were only 2 cars in the entire parking lot. His and mine. Date – September 11, 2012.

On september 18th of 2012 ( the day I was unnecessarily arrested ) , I noticed yet another indiana state police car playing an active role in some kind of scheme. Which is a systematic program for attaining some end. A secret plan; plot.

 First sight of this indiana state policeman was captured on security video provided to me by the target department store located in lafayette indiana which is directly across the street from the golden corral restaurant. This was quite a distance away from where I would be stopped via the unnecessary arrest.

The second video of the indiana state policeman was that of the dashboard camera provided by the sheriffs department. This was documented at a traffic light on state road 26 in lafayette indiana.

Eleven days later September 29, 2012 – I noticed an Indiana state police car parked face forward, back up against the side of the building. This to was at the Target department store in lafayette indiana. I was on my way to the golden corral restaurant as usual. I pulled into Targets parking lot and started searching for roof top security cameras which would have captured the Indiana state police car down below.

As my court proceeding progressed I began seeing more and more of the indiana state police.

For 4 or 5 days I was stalked by the Indiana state police.

Determined to offset the abuse I got out of my vehicle one of those days and approached one of their vehicles that was parked near my vehicle at a business location. The person inside the car had an unsettling demeanor. I asked him his name. There was no response. I asked for a business card. He said he didn't have one.

On July 11th, 2013 I went over to the indiana state police post. I was looking for the name of the indiana state policeman who showed up at the target department store just minutes before my unnecessary arrest september 18, of 2012.

I was told that there was no information available regarding that date.

 At around 6:30 or 7:00 pm that same day I got a call from my attorney who told me that the judge in my case had suddenly scheduled a competency to stand trial evaluation that was to be scheduled the very next day – the 12th.

The indiana state police had called the court and told them that I was behaving strangely which was

false and misleading information.

Lieutenant Janke
First sargent Dunkle
and sargent Murray of the Indiana state police were all 3 on duty that day. ( July 11, 2013 )

I felt compelled to preserve both the september 18 and september 29, 2012  security camera videos
which placed the indiana state police at the target department store parking lot. I had contacted Mitch
who works security for target department store there in lafayette indiana. He agreed to save the
information for me on hard drive.  He had checked with Melinda his supervisor and got the OK.   At
first he was reluctant. It took several phone calls. I finally just showed up at the Target store, walked in,
asked for Mitch.  Introduced myself – and pleaded for his assistance.  He agreed.

Target eventually provided me with the september 18, 2012 video but refused to provide me with the
september 29, 2012.

I had called Target October 16, 17, and 18  of  2012.  The phone records were no longer available. They
had been removed.

I had contacted Purdue Universitys   Marcus Rodgers   a forensic computer specialist and pleaded with
him to help me trace the online Bully.  I later discovered on his website  that he works closely with the
Indiana state police.

He never did respond to my request.

Lafayette Indiana police department

Responsible for contacting business's and individual people and providing false and misleading information. They are able to do this by listening to all phone calls, watching all online interaction, and by applying tracking devices on my vehicle.

I once hired a cleaning lady who turns out was studying criminology here locally. The police contacted her after she had finished cleaning my apartment and obviously shared false and misleading information. She and I were on good terms when she left my place of residence. But she refused to answer any phone calls after the fact.   An hour or so after she left I got in my car to run an erran. I was greeted by the lafayette police once my vehicle stopped. They went out of their way to let me know that she was no longer accessible as a cleaning lady.  This type of communication was done in a way that only they can do.  It is a certain language that they speak.

I know for a fact that they have contacted numerous business's here locally to defuse or offset any potential male female interaction.  They will contact a manager who will then in turn spread the word. And the information being provided is false and misleading and serves the purpose of a crooked  police department.

Ivy tech library  May 10, 2014
Just a good example of the mentality of the police. They hear me call the library, they know when my vehicle is at the library. They call ivy tech security and the security personnel is then waiting for me inside the library. With obvious gestures.  It is a form of intimidation and stalking maybe.

Psychological games. And the police here locally are notorious for this. It is an abuse of power because they are using subpeana's to get access to my private life,   then misusing the tools in an effort to feed their personal vendetta against me.

Ivy tech library  May 27,  2014.
Security personnel show up within a minute of my arrival marching around the area in which I am stationed. Moments later, they return and go thru the same protocol all over again.

And I am not sure what purpose this serves except that someone at the police station has somewhat of a perverse mindset when it comes to their job description.

The police are motivated to discourage and distract and to misuse  any power in which their job title holds. Everything here locally is overexagerated – played out to the extreme.

The police here locally are the ringleaders when it comes to any potential harassment.  I kind of get the impression that harassing people is one of their adrenaline rushes.  Most police officers live for that adrenaline rush.

I have seen it all here in lafayette. It is a negative attitude that permeates the local police department in particular. It is the lafayette police department that wears their grudge on their sleeve. And I have witnessed numerous times young police officers who are told what to do and when to do it  and the activity itself causes them to be uncomfortible. But their superiors or bosses are demanding of them to do what is asked and or told. And if not, it is obvious that there are repercussions.

There are two or three people at the lafayette police department that are power driven. It is a language that manifests itself in the other officers.  I have seen repeatedly  innocent taxpaying citizens being ran down by a cop with flashing  lights in an obsessive kind of way. Writing as many traffic violations as they possibly can. Which in essence is a license to steal and is a form of psychological  assault and an abuse of power.

Police here locally are being told what to do and when to do whether they like it or not. And they are being told what to do by their superiors and or bosses.

This is an example of just how extreme the lafayette police department can be.  Since my september 18, 2012 arrest I have counted 27 times in which a police car was parked in a stationary position with and sometimes without a policeman inside  on amelia avenue  or they are parked in my small parking area here at my apartment.   Amelia avenue consists of approximately 300 yards of road leading to my place of residence.  I have seen lafayette police cars at every concievable location on this 300 yard stretch of road.  They have no business on the road other than coming and going from my place of residence. It is a psychological ploy that they use to play power and or mind games.  The problem is the effect it has had on my neighbors. The people I live with.

Just days before my contempt of court arrest I was woke up at 3:30 in the morning by two policemen via two police cars who were outside my apartment making as much noise as they possibly could. One of these policeman had the front of his vehicle literally pinned up against the passenger door side of my car. I had never seen that before.   So I am woke up staring outside my window at a couple of policemen who are acting out some scheme.  My guess is they wanted me to come outside and raise a little hell. Just strange and unusual behavior that has a bully like attitude attached. And it made absolutely no sense.

I have had police show up here twice   once to escort some woman who had lost some kind of medication.  They came roaring into my small stretch of street that leads to my apartment,  not one, not two, not even three vehicles,  but four squad cars  all in tow  about 30 yards in between them.

You would have thought they were going to an armed robbery. They way they jumped from their vehicles and stood behind their opened  doors.  And they were noisy.  They knew I was at home. I got the impression the loud display was for my benefit somehow. Especially when one these officers began pounding on a neighbor of mines door.  Not knocking,   urgently pounding.  MAKING A SCENE.

This was all designed to intimidate me.  And to frighten my neighbors.

Minutes later one of the policemen was slowly escorting out a disoriented woman.  Whom they put in an ambulance.

It took four cars and a loud display to get that done.

Once she was gone they stayed.  Just long enough to lock eyes with me.

An adrenaline rush and playing the role of cops and robbers.

When my court proceeding was going on verses the state of indiana via the unnecessary arrest charge. I had lafayette police ( twice ) on two different occasions come bolting out of nowhere just as I was turning into my apartment drive.  They would stop on a dime, literally jump out of their car.....

and it was simply a manuver with the intent of iniating a confrontation.

They must think I am somewhat of a loose canon. I think they think people are just outright stupid.

Ploy after ploy is how I would describe lafayette polices superiors - those calling the shots.

And desperate ploys at that .

This continuous barrage of activity at my apartment location has caused some discontention amongst my neighbors. I was once called by my apartment manager and told that she was going to be showing my apartment to a prospective tenant. Her way of saying we would like for you to move.

I know some of my neighbors have contacted management to complain about all of the police activity. This apartment complex has been a theater for police to display their abuse of power.


Surveillance is defined as oversight or supervision. In criminal law, an investigative process by which police gather evidence about crimes or suspected crimes through continued observation of persons or places.

Abuse of power is when they have no need for such surveillance but they are given the authority or right to do so anyway and thus with no real objective to pursue they turn to misuse of power and use the tools of surveillance as a way to bully their victim.

Just two days ago I called up a company and asked some pertinent questions about these global positioning system tracking devices that the police like to play with.

And this is what I found out. The advent of global positioning system tracking devices has been a boon to law enforcement, making it easier and safer, for example, for agents to link drug dealers to kingpins.

Last monday, in a decision seen as a first step toward setting boundaries for law enforcement, the supreme court held that under the fourth amendment of the constitution, placing a GPS tracker on a vehicle is a search. Police departments around the country say they will be more likely to seek judicial approval before using the devices, if they were not already doing so.

GPS is an easy tool for recording a person's every move and when misused amounts to "electronic stalking."

GPS trackers are increasingly being cited in cases of criminal stalking and civil violations of privacy.

An hour after I got off the phone with this GPS dealer, I went over to the local kentucky fried chicken to enjoy their buffet. When I finished and walked out the front door I noticed a lafayette police car, not parked. But stationed or positioned in an awkward part of the lot     facing an ackward direction, car running, but nobody was inside the vehicle.     The police are notorious for this type of activity as well.

It was their way in my book  for taking credit for the GPS tracker on my car that I was on the phone about an hour earlier.    Their mindset is    Leslie wouldn't have called about the GPS tracking system unless it bothers  him.  So lets go over and sit outside the restaurant and rub in this abuse of power and show him who is boss.

"We're the ones that are tracking your vehicle was the message I got loud and clear."

This tool has been misused by the lafayette police department ever since they were given the right to use it by a federal judge.  And I want to know why I wasn't asked to attend a hearing in which more than likely the judge was fed a bunch of BS.  Why am I not allowed to attend hearings where  the police make one sided statements or claims.  I am not there to defend myself and thus become a victim of extreme abuse of power.

My experience with law enforcement is that they lie repeatedly and excessively.

And the judges know it.

Later that night May 28, 2014  I called a pizza place  and then jumped in my car to get some take out pizza.  Everything was well orchestrated.  I counted six police cars.  Once I stopped and entered the place of business they began circling the restaurant by way of offroads etc.  one right after another.

Just doing their job.  Flexing that police abuse of power muscle.

Two weeks ago I called my uncle long distance and before the conversation was over I informed him that I would be out running sprints that night. Something that I do on a regular basis at a specific off road, somewhat private location.

I wanted to stick it to the ribs of the  police who were on the phone via their much needed surveillance.  Surveillance that I normally would not care about  but the lafayette police and other law enforcement departments  go out of their way to use the surveillance tools  as a way to harass.

They don't really have me under surveillance  they use the tools of surveillance to purposely harass me.  It is just what they do.  It is their only real purpose  being that is the position they were put in.

So I started bragging about how the gods were  with me when I run my sprints.   I knew this kind of conversation  would rub the police wrong who were listening to me and my uncle talk.

And sure enough some supervisor sends a police car out to the location where  I run my sprints. He sat there from 11:30pm to 1:00am.  I'll run a sprint then I will go home and rest for a half an hour. That is why it takes such a long time.    And I am trying to make a point here.    These tools of surveillance are used to discourage me.  If I am bragging about how great my sprints are, the police see that as a necessity to show up and show their disproval.

I think that is odd.  Odd and perverse.  Read the definition of abuse of power, the word perverse is used I believe.

I had to raise my voice at my sister not long ago on the phone. Not something I do often and I am certainly not proud of it. She is one of very few that can get under my skin.

When I went over to her house to retrieve my mail which was what the phone call was about a lafayette police car was sitting in her private subdivision directly across the street from her driveway.

The lafayette police departments way of saying shame on you, you raised your voice at your sister.

As soon as I showed up he left.

My question is is this really surveillance or is this the police's way of playing dad and or mom.

Lafayette indiana's police department is what I call a small town mentality kind of approach. Small and feeble.

I have been running sprints since my september 18, 2012 arrest. Been running since 2001.

I run at one location. And down thru the months I have seen many a police car sitting nearby. Sometimes in my running route. I've seen them parked in the dark 75 yards away hiding behind buildings. I've seen a little bit of everything.

I have even had then race by. I honestly would describe a lot of what I have experienced with lafayette's police department as childish. As strange as that may sound, it just comes across just that way. A bunch of kids with a chip on their shoulder.

A strange group of people these lafayette police. And they are afraid of me. A lot of them are.

It's nothing I have ever done. The fear no doubt has been the result of some mental midget with an agenda. Information passed from one department to another is a recipe for disaster.


Warped and out of touch.

January 25, 2010 -  March 30, 2010

These agents of the government were watching my online computer activity during this time. I was typing up a business game plan and looking back on it I know that whomever was watching thought it was entertaining. I have a friend who I used to email a lot and he's a biggot and he pokes fun at politicians regularly which I find humerous, but he is totally serious. He's kind of an old school guy. I like to get him worked up once in a while so I will write something that I know he will not only have an opinion about but he will have facts to back it. The fact that he is a biggot humors me. He loves to put down politicians and because obama is black  he can't help himself. He has to have something negative to say about obama. Not in a threatening way. The guy is as good as gold. But because obama is black he has to find something negative to say about him and blacks in general.

So the topic of obama comes up , this was back in 2010. I had been typing away for weeks. And I'm getting ready to send something I think is humerous and it includes a comment about obama. And as soon as I did that   someone who was watching of which I had no idea -  they locked down my computer using technology that I would be hard pressed to explain.   It was like they splashed something across my screen. I had never seen anything like it  but as soon as  it happened and considering the topic,   I knew immediately that the police were watching my online activity. They didn't want me to say anything negative about obama  which apparently would have gotten me in some hot water  and because they were so taken by the business game plan I had been typing away at for weeks,  it was if they were looking out for me.
It was a show business game plan and it was interesting to say the least.

Whomever was watching  I never heard another peep out of them again until May of 2011.

I bring it up because I don't mind surveillance. I don't have anything to hide. And I don't care who is watching.  But I do have a problem with getting access to my computer and using my computer as a means to torment me. Literally.

The computer hacking and the invasive techniques is homegrown. It is a lafayette police department kind of activity. When I explained some of the lafayette polices activity as being childish earlier. Their out and about activity is childish more times than not.   But it doesn't compare to their online activity. My guess is  there is nobody monitoring  the police here in lafayette  who are responsible for the computer activity.  And as a result I am left to deal with a child like approach as if the child had some type of temper tantrum.

When I was in los angeles, the glendale area May 4, 2011 thru October 4, 2011   I witnessed a small group of people namely one guy in particular who moved into the extended stay hotel one floor above me and he wanted me to know that he was the one messing with my computer. Looking back on it. Something happened with the hotel security staff     a situation where the police put one of the security personnel up to something involving me. And I threatened to go to the hotel management about it. And the computer hacker couldn't get out of the hotel fast enough. He left and stayed gone for a week and a half. He came back my last day at the hotel.   I don't think they had a warrant in california.

The invasiveness out there was truly aggressive. But it had it's own set of fingerprints per se. They just did the same thing over and over again.   They didn't care that I knew it.   They wanted me to know it.

It was the police   but I wonder if they had a warrant for that activity.

After my september 18, 2012 unnecessary arrest I got online service from comcast which started October 4, 2012.   I disconnected the service March 10, 2014        which was 17 months and 7 days of online abuse.

Because of the nature of the arrest and because they ( the police ) had this us verses him mentality they would use my computer as if it were some type of competition. Who could out do who.   But they had access to my computer, I didn't have access to theirs.

The abuse and or the invasions has been over the top,    way over the top. And it has been  non stop.

These online abuses are 95% of the reason I sued them in court.  Only in a court of law  will such abuse be remedied.

The mindset is that of the lafayette police department. But the technology they are using would have to involve the federal bureau of investigations.  And perhaps even the indiana state police.


I think it is more than just a police department who has lauched this type of invasiveness. It is a collaborative effort.  The police work together, train together, share information together.

It doesn't matter who is doing it.  What matters is  that what they are still doing is illegal. And the bulk of my 2 billion dollar lawsuit is because the united states government has gangsters running their cyber surveillance. And I am going to leave it up to the courts to weed out which party is the guilty party.

The computer invasions are lafayette based.  Just hours ago I began typing up this manuscript. If the computer hacker was in washington or los angeles  they wouldn't call lafayette and say  he just typed this and said that.

But because it is a local operation  the local police can get wind of anything quickly. And when I left hear a few hours ago to grab a bite to eat after typing up this manuscript  I noticed three lafayette police cars in the area of which I stopped.

All local communication,   it is a local thing.

Whoever is doing the computer hacking, it is in lafayette indiana.

I say it is the lafayette police department with the help of other law enforcement entitites who have advanced technology.

Ask anybody that does computers for a living.   Can the police get access to your open office .org and watch you type up a memo  if you are not connected to the internet.

I've asked that question to about 8 different people. The answer has been no  all 8 times.

But the answer really is   yes they can.        Because their technology is state of the art.

The type of technology they use after 9/11.

Only the police could watch what you type up on your computer       if you are not connected to the internet. Ask marcus rodgers       the purdue computer forensic expert.

When I was defending myself against the state of indiana via the unnecessary arrest I found myself pursuing the matter pro se for a while.   At times I needed some privacy to type up some of the motions that I sent in. So I would go to BEST BUY  the electronics store. They sell computers rather cheap. I would buy one, take it home  and I wouldn't connect to the internet I would just use the computer to type up a memo. I did this about 3 or 4 different times.

All four times the police went out of their way to let me  know  " we're onto you. You can 't do anything thus pull something over on us."  I wasn't trying to pull anything over on these idiots. I was seeking privacy.   The police have the tracking device on my car. And more importantly they are the police. They would have had to have contacted  BEST BUY and would have gotten whatever assistance they needed from BEST BUY  management everytime. Perhaps a  serial number, -  i'm not a computer expert. But the police would have had to have had certain information from BEST BUY in order to tap into the new computer I just paid cash for.  They have access to my debit card to.

And it is the police's nature  if they think you are trying to pull something over on them  like buy a new computer without them knowing about it.   They get excited   they get excited because they can't wait to let you know by way of another computer invasion  that they are onto you.

I'm probably the most sought after individual in lafayette indiana. They have a small staff of people that work around the clock consumed with myself.

" How pathetic"

If I asked BEST BUY to tell me what police agency here in town contacted them.  Their response would be " what are you talking about?"  But I believe they would speak the truth if a court wanted to know what law enforcement agency was inquiring everytime I went over to BEST BUY to buy a computer with cash.

And by the way. I am not proud of this. After I would try to type something up on the computer without the police seeing it,    unsuccessfully I might add,  I would always take the computer back to BEST BUY and get my money back.  I figured if  BEST BUY  is so willing to help the police  then I don't feel so bad taking back the computer.


EXCESSIVE FORCE

September 18, 2012

It was the sheriffs departments andrew heath that initiated an excessive force legal violation that is now a part of my lawsuit. I know of a few people who have been pulled from their vehicles at gunpoint here in tippecanoe county. I have been told it is rather common.

I didn't expect any guns to be pointed at me.  I grew up with a guy that works for the lafayette police department. He would be the first one to tell you that I have no interest and or knowledge of guns. The police knew I didn't own any guns. They knew I didn't do drugs or drink alcohol.  I was stopped by andrew heath and it was a very uneventful stop.

When I got out of my car  andrew heath was standing behind his car door. Very non chalant.
When I was told to turn around and face forward with my hands up  that is exactly what I did.

And I stood there for 3 minutes and 38 seconds while I listened to what appeared to be every law
enforcement vehicle within range blaring their sirens   on their way to the scene.

I felt like it was an opportunity for the local police to humiliate me. I would stand there forever and a
day and listen to all of the police sirens, and one by one I would see most of them ( the ones in front of
me )  rush by,  eagerly.

I just thought they wanted to humiliate me. And after 3 minutes and 38 seconds of being humiliated I
was told or barked at    to start moving backwards. It was a series of orders. For one the orders made no
sense, and two it was difficult to understand the  individual barking out the orders.

The orders were stupid. I thought they were trying to make me out to be a fool. I thought they were
trying to confuse me. And it was working.

I finally had enough of it so I elected to take a glance at  the boys.  It looked to me that there were 4-6
guns pointed  at me.

All pointed directly at me with this police mentality approach. Like they were dealing with John
Dillinger.

The guns stunned me. Why would they be pointing guns at me. And why so many. Why such an uproar.
Why such a display of force.

There were two lafayette police officers with their guns drawn.

Officer Lorton
and Officer Hall          and there were sheriffs involved, but I will save that for my sheriff memo that I
have yet to type.

Lorton and Hall -  excessive force.

Unusual protocol

And lastly.   In my original lawsuit that I had typewritten   instead of using the phrase excessive force  I
opted to use the phrase  intent to kill.

The police have a short fuse  at least some of them do. I've seen it first hand.  When I was defending
myself against the unnecessary arrest charge I had two videos that I studied relentlessly. The police
wanted me so badly  then I had to want to beat them badly in return.  I really didn't have  a choice. The
video that was given to me by the prosecution was an in car dashboard camera point of view from the
arresting sheriff. About 17 minutes long.  I was watching it one  night and I noticed how disinterested
the sheriff supervisor was in the actual stop that andrew heath had made. So disinterested that he was
finger touching dents in heaths car instead of listening to what sheriff heath had to say.  I didn't really
think that much of it.  But the supervisor got word of me watching this part of the video over and over

again. I was just looking for anything and everything that I could use against them.
The next morning I am in bed asleep. I live upstairs. My bedroom window faces the parking lot just down below. All of a sudden I hear this pounding.  I slept thru it. I heard it  but I was half asleep.
But the pounding continued. Who the hell is pounding on the door. So I get up  look out my window and who is outside banging on my neighbors door.  = The sheriff supervisor that I was watching on video the night before over and over again.   It kind of made him look like an idiot  at least and apparently in his mind anyway.  So here he is  the next day  angry, pissed, obsessed,  and banging on a neighbors door with the intention of getting my attention WHICH HE GOT.

So now I am glaring down at him and some other moron next to him. Now they are in their unmarked normal pedestrian like car.  He wasn't dressed in full uniform. He had on a golf like shirt with a sheriff logo badge sewed into the shirt.  After pounding on the door he and his road buddy didn't leave. They sat in the car and looked up at me. Then they pulled away,  came back and parked in their original destination.   A minute later they did leave. And came back. This time instead of parking in a stall, they parked sideways.

This guy was really hot.  He was really worked up. I am not sure what he was there trying to accomplish. But they weren't done yet.

Less than an hour later  I am in my bedroom asleep again. And someone is knocking loudly and with great force on my door. My apartment door.

It scared the hell out of me.  I actually think this was their intention.  I look thru the peephole and I don't recognize this woman. She appeared to be talking to somebody on a phone and at first I thought there was someone with her.  She kept knocking loudly. I not only didn't answer  I didn't speak.

After about 45 seconds of that  this lady actually grabs the door handle from her end and trys to come thru the door.  Now I am really spooked.

And this woman was worked up.  Finally I asked her who she was and what did she want.  She claimed to be looking for her son.  She finally went out and sat in her truck.   It was law enforcement all the way. I don't know who she was to them, but they put her up to the intimidation.

It was just like the sheriff supervisor less than an hour earlier. An aggressive, angry, somewhat volatile approach. Meant to frighten and intimidate.

And this has been my experience with the police here in lafayette indiana and elsewhere.
I am not sure what these people are reading and or what they are being told.

But there is a ringleader somewhere.

When the police thought I was filing a lawsuit with  intent to kill as one my allegations,  they became enraged. Or at least one or two of them did.

And that is when they elected to break into my apartment the very day and the very time I filed the actual lawsuit against them .  To send a message to me.

And the message is     we the police can knock you down , spit on you, kick you, try and kill you. We can do whatever we want     AND WHO ARE YOU TO CHALLENGE US.

What a bunch of thugs.

I have a neighbor whom I have spoken to probably a total of less than one minute on two different occasions. He lives behind me. His sliding glass upstairs door is 20 yards from mine exactly across the way. I have seen him on his balcony twice outside.  I was on the phone ( which is being listened to by the police ) with an uncle of mine and we just talk to touch base.  We don't have a lot to talk about I just touch base with him occassionally to say hello.  But we were gabbing and I brought up this neighbor of mine. I told my uncle that I had seen this guys bare ass twice in the last month or so. He just stands in his doorway with his ass facing me.   I don't think it is a big deal at all.   Then I saw him sitting on his outside balcony with his pants down around his ankles. He had something in his lap I don't know what it was. He looks like a mountain man.  And I have seen one female who is at his place rather often  who I am guessing is there to assist this man. His live in or nursing assistant.

Her behavior has been rather odd. They like to keep there blinds open,  but my blinds are open all of the time except  when I sleep at night.  Everytime this girl sees me in my apartment thru my sliding glass door  she rushes to her blinds across the way and hurriedly and aggressively pulls them shut. As if she is annoyed. But there is more to it than that.  I think they find me repulsive. I know she does. And she is afraid of me.  Nope,  I don't get my rocks off about that.         I am wondering who told her what. Because somebody told her something.

About a week and a half after the sheriffs department broke into my apartment thru the sliding glass door that faces my neighbors sliding glass door I noticed this mountain man outside on his balcony. I wanted to know if he saw anything march 31st  in broad daylight. And when I spoke to him he was standing and had his back facing me.  It was the very first time I ever spoke to him.  He froze, stood motionless and still. Didn't move. And when he did turn around slowly  he looked repulsed. He to had been told some things about me that disgusted him.   He said he didn't see anything  then he lightened up and appeared to be a rather nice guy.

It is possible that my apartment property maintenance man shared some negative things about me with this man and his female caretaker.  I know the lafayette police have shared some not so flattering things about myself with my  apartment maintenance man.   But I don't think it was the maintenance man that shared false and misleading information with my neighbor and his female caretaker. I think it was the lafayette police department.  This guy is vulnerable, he is not playing with  a full deck.  The sheriff department broke into my apartment in the middle of the day. And my neighbor had his blinds somewhat open and he was at home. It is his and his caretakers  behavior that makes me suspicious.

When my car moves the police know where I am going. I got in my car two nights ago and drove around to the front of my neighbors building.

3966 Amelia Ave.  # 8

His lights were all on when I left to cross over to his place. And his blinds were open.
Just minutes later when I returned back to my apartment         his lights were all off  and the blinds were still open.

He was standing over there staring at me.

The police knew I went over there and the police have his phone number.

Now I lost ya didn't I.   You're not buying that.

The police speak a language all their own. It is ugly, foul, and super hyped up.  They are eager and extremely aggressive when they feel as if you are trying to out do them.  They don't want to be out hustled.  And they will lie, cheat, and steal to prevent you from doing it.

Everything I do is under a microscope here in lafayette.  EVERYTHING.

I think they think I am trying to get one up on em.

It is possible the guy across from my balcony was contacted and perhaps even used by the police march 31st the day the sheriffs department broke into my apartment and seized my black leather jacket.  And if they didn't contact him they might have contacted somebody out here.

You would be surprised what people will do if the police ask them.

STRANGER THINGS HAVE HAPPENED.

Tippecanoe county sheriff department

See Lafayette Indiana police department notes for full description via EXCESSIVE FORCE.  Page B8 and B9.
Segment starts with the heading
EXCESSIVE FORCE

Deputy Andrew Heath ( 7920 )   This individual did not want me to know that he had a pistol pointed at me. Once I was turned around facing forward he then reveals a pistol for 4 different witness's to see and for 3 minutes and 38 seconds he was looking for just the opportunity to gun me down. His actions were intentional and he deliberately meant to kill me. An opportunity he carefully planned and intended to carry out.

His police report was false and misleading. It was mostly a blantant lie from start to finish. Character assassination, defamation. Providing the court with information that made me look unfavorable and mentally unstable.   Examples of this report are below -

it appeared like he was very agitated.

He was becoming more agitated as I gave commands

still seemed angry

he took a couple of steps toward me and shouted " fuck you    This is fucking harassment.

He continued rambling and cursing

during the entire encounter with Leslie he seemed mentally unstable and like he could freak out at any minute. Leslie did not ever explain what caused his actions.

Heath said as I stepped out of my car – he had his handgun pointed at me.

**** My response to these outrageous claims is this.

I was calm, cool and collected. Not agitated.

I never displayed any signs of anger. Absolutely none.

I didn't say   fuck you  this is fucking harassment.

I wasn't rambling or cursing.

Police want to make me look like I am mentally unstable and that I could freak out at any minute.
IT'S A BLATANT LIE

Heath said as I stepped out of my car – he had his handgun pointed at me.
That is not true either.  ( I have 2 different witness's that have a different story.)

I didn't file excessive force charges when I filed my lawsuit originally.

The police  intercepted  the information by  watching all of my online computer activity. They  watched me type up what they were certain was the lawsuit I intended to file.  I used the legal term  INTENT TO KILL instead of excessive force.

March 31, 2014 was the day I filed my federal lawsuit. The sheriffs department knew that the intent to kill charge was the most serious and damning allegation that I would make against them. And their response was that of anger and desperation. The sheriffs department would then plan a strategy and in typical tippecanoe county style they would enter my apartment illegally on march 31st and literally steal and or seize the very black leather jacket in which I was arrested in on september 18 of 2012.

Their purpose......        God only knows.   But considering that these people are basically thugs with badges,   I would consider it to be a serious crime(s).

See Lafayette Indiana police department  notes        pages B9  and  B10

Len Halascsak  ( 7912 )  a sheriff supervisor who was on the scene of my arrest september 18, 2012. This is also a guy who showed up at my apartment at a later date    ( see pages  B9 and B10 above )

Len Halascsak would have known about this break in of my apartment.  It is people like him at the sheriffs department who fly off the handle easily  and are capable of anything and everything.

It is possible that this was a low key operation with few people knowing much about it.  It is also possible that a number of different law enforcement agencies participated in the actual planning and stategy via the break in and taking of the black leather jacket.


Refer to Lafayette Indiana police department notes one more time        page B11

3966 Amelia ave.  #8

This is a neighbor who would have had an opportunity to witness the intrusion.
The police listen to my phone calls and watch everything I type up online.
I think the person who lives  at this address knows something about that march 31, 2014 break in. It's a strong hunch.  And if it is true, this person is not going to provide me with any information.


Regarding the september 18, 2012  incident  involving the sheriffs department and andrew heath. I have the names, phone numbers, and addresses of pertinent witness's.   Most of which have been contacted by police agencies here in tippecanoe county once or twice before.  The police went out of their way to try and win over these witness's.



If I were to approach these
witnesse's today And try to
get An
Affidavit from them.

The police would all but prevent
it from
happening.

They would make it
extremely difficult.

P4

If these witnesses Are going
to talk they would
More than litely do, t in
front of A judge.


Two of the witnesses work for
The police.      or with

One was there and says they
didnt see A thing.
TV 18 — Television 18.
The other is a tow Company — That

P5

tows cars for the police.

$



October 10, 2012        11:07pm
Tippecanoe county sheriff detective
     D.  Jason Morgan and a partner of his.

Knocking on my neighbors door at 3958 amelia avenue  lafayette in.  47905       Apartment 7
Leandra  Anderson

They provided her with false and misleading information then used her to try and entice and entrap me.
They were looking for any opportunity to make yet another unnecessary arrest to overshadow the
unnecessary arrest they made of me on september 18, 2012.

The goal was to make such an arrest to make me look even worse in the eyes of the court.


These are the same law enforcement departments with the same kind of mentality that a judge
somewhere gave unlimited access to my private life          to do as they wish.

Internet intrusions, phone intrusions, and using tracking devices on my car to carry out   serious abuses
of power.                                                               `


Please refer to  Lafayette indiana police department notes one more time   page  B8

BEST BUY  electronic store  where I have purchased  computers with cash   in hopes to type
something up in private.

I have seen the tippecanoe county sheriff department in BEST BUY'S parking lot on two different
occasions, maybe three.   And I saw these sheriffs in the parking lot once I was exiting the store. They
weren't there when I entered.

This is more proof that the police are not only aware of the online activity, they are in fact directly
involved in it.

Federal Bureau Investigations            their involvement


As mentioned in the department of justice manuscript there have been some emails sent from government sources.

June 27, 2011  4:45pm   glendale california

A copy of that email is provided in this manuscript

Then the united states attorney in hammond indiana        Feb. 6 and Feb. 10, 2012
Copies of those emails are provided in this manuscript

The fact that a united states attorneys office is involved automatically involves the federal bureau of investigations in my eyes.


Then there was the trip to california last.  And when leaving  August 8, 2012   at the comfort suites in barstow california          and in Ludlow california          2 GOV  cars tailing me  WHICH WAS A FIRST.        One has to assume that the federal bureau of investigations has somehow and for some reason gotten involved.

Never before had the Indiana state police made their presence known in my life. But they did just a month and a couple of days after the california GOV experience.

Indiana state police
september 11, 18, 29, 2012    and has been ongoing ever since.

One has to assume that this is the work of the federal bureau investigations.


March 31, 2014    Unreasonable search and seizure – under the fourth amendment

which is nice way of saying the police broke into my apartment and stole my black leather jacket

I sent information to the FBI  in two different locations.        ( see MOTION that is provided with this manuscript  – pages 1MM – 9MM )

MOTION – A motion to make record with the United States District Court, Northern District of Indiana that a record and or a report of a missing black leather jacket which belonged to me was sent to the following parties with details pertaining.

As you read the motion you will notice that one of the green return cards in which the FBI signed has two different signitures.  My guess is that one of the tippecanoe county law enforcement agencies listed in this lawsuit is responsible for the bad judgement.  But they wouldn't have done it without the FBI's permission. So in essence the federal bureau of investigations is also responsible for the bad judgement.

Add insult to injury  and some law enforcement agency contacted the clerk or deputy clerk  via the United States District Court     and told her to leave out this particular motion pages 1MM – 9MM. Which is just an assumption on my part.  But I believe it is more than just an assumption. I believe it to be fact.

The motion was left out because it is embarrassing to the federal bureau of investigation.  And perhaps incriminating.

How convienient for there not to be any record of the missing black leather jacket listed with the United states district court.

The federal bureau of investigation would have had to have made that call regarding the april 23, 2014 amended complaint. Either that and or they received a call.  And was asked what to do.

The federal bureau of investigation could be responsible for the subpeana's granted to them by a federal judge somewhere.  Supeana's to use my computer and phone.  A subpeana to place a tracking device on my vehicle.  Supeana's to tap other members of my familys computer and or cell phones.

Information provided by the FBI  to a federal judge.  Which would be misguided information. Overexagerated information. Mostly inaccurate information.

It is possible that the FBI are responsible for the online invasions which prompted this lawsuit to start with. It is possible that they are the ones misusing my computer.  Using my computer to create an image of me that justifys and rationalizes their abuse of power.  And doing it not only illegally but with malicious intent.

The computer invasions have been absurd. Ruthless.  It might be the FBI who is trying to carry out a very misguided agenda.


June 1, 2014   Just minutes after having typed up the incriminating information about tippecanoe countys sheriff department.  The sheriff department showed up here at my address and that of  Leandra Anderson.  A sheriff was seen talking with Leandra  Anderson.

Not long after that  the lafayette police department was seen at another neighbor of mine. 3958 amelia avenue   # 5.    Looking for ways to retaliate yet again.

The lawsuit that I filed against the united states government is now several weeks old.

The online invasions continue.

This type of activity from law enforcement personnel should be harnessed and challenged by the federal bureau of investigations.  But it isn't being harnessed and or challenged.  And as a result  I blame the federal bureau of investigations for not only allowing it to happen, but encouraging this outrageous behavior as well.

Could it be that the FBI  are the ones masterminding this type of police activity.
STRANGER THINGS HAVE HAPPENED

And if it is true        then can it be said that law enforcement along with the FBI are plotting and planning to make a false arrest sometime in the near future.

And is it possible that the FBI as a result  sees itself with no boundaries.

Incoming phone calls from around the country. Which is a misuse of my cellphone.
Any law enforcement agency could orchestrate this chain of events.  But because it is a national chain of events I suspect that the FBI could be involved.

February 14, 2013    Lafayette Indiana   Cracker barrel restaurant.
Plain clothes cop enters restaurant after hearing on the telephone a pleasant exchange from myself along with that of a cracker barrel employee.  VALENTINES DAY

This cop interrupts a conversation she and I are now having in person at the restaurant. He wedges himself between she and I then cuts off our conversation as if he were on some type of mission.
She had been working at that restaurant for a while and enjoyed her job.
February 14, 2013  was her last day.  SHE QUIT.    After being terrified and provided with false and misleading information by the lone ranger.

It was just a few days after this event that I was trailed by a van when entering the restaurant parking area.  Out jumped a man with FBI sewed on his chest.  He and I approached the front door simultaneously thus making his presence known.

A local FBI agent no doubt.  One who I would imagine is up to his neck in involvement -  planning, assisting, encouraging, and participating in this perverted abuse of power being displayed by a reckless, criminally inclined group of law enforcement personnel NATIONWIDE.





## Whereabouts audition
2 messages

**Valerie Vargas** <tinydanser93@aol.com>
To: 9999ricks@gmail.com

Mon, Jun 27, 2011 at 4:45 PM

661-733-7050. I live in Glendale.

**3 attachments**



**920 (2).JPG**
3160K



**923 (2).JPG**
3564K



**924 (2).JPG**
3329K





## Fwd: tjadepelton
1 message

---------- Forwarded message ----------
From: **Valerie Vargas** <tinydanser93@aol com>
Date: Mon, Feb 6, 2012 at 4:48 PM
Subject: tjadepelton
To: shawn@dreamreelstudios com, hughesjm@myway com, ...........
dana conrad@worldnet att net, adminfo@newhaven edu, admin@doulike com,
iuan  vargas99@yahoo com

Hi! Only for you!
http://www.h-ec ae/yougo php?uwowrankpage=28


    Mon, 6 Feb 2012 22:48:04

"The whole party had by this time gone almost the whole round of the walk, and were now slowly
sauntering towards the house and as Madam Rachel said those last words, they were just passing along
by the side of the rocky declivity at the back of the garden." (c) Leandrea waouldnt



Gmail

## Fwd: no regrets after doing this venture...
1 message

---------- Forwarded message ----------
From: **Valerie Vargas** <tinydanser93@aol com>
Date: Fri, Feb 10, 2012 at 1:45 PM
Subject: Fwd: no regrets after doing this venture...
To: 6617337050@vtext.com, 6617337050@vzwpix.com, 12345678@gmail.com,
abrahamcatalan@yahoo com, admin@doulike com, adminfo@newhaven edu,
Bellabratz2303@yahoo com, juan_vargas99@yahoo com, crispesa@cox net,
dana conrad@worldnet att net, debbievargas52@yahoo com, quijano lopez@yahoo com,
famousdaves@famousdaves fbmta com, getitnowhere50@yahoo com, Rhonda Jimenez@caltech edu,
hughesjim@yahoo com, hughesjim@myway com, Gr8teddi@aol com, wildthing10992@aol com,
noreply@crackberry com, noreply@notifications skype com, On_Camera_Audiences@mail resp com,
PussycatDolls@mail2fans myreq net, rhonda jimenez@huntingtonhospital com, rjimenez573@aol com,
serenity_amoyr08@yahoo com, shawn@dreamreelstudios com,
Twoway 8162664447@messaging nextel com

the debt collectors were so frustrating this was my ticket to the fast life I had nowhere to turn.
http //fotograf-szczecin vot pl/breakingnews/51 JustinBennett/ now im on the way to the top
the sky is the limit!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA


Rick Leslie
Plaintiff


Eric Holder – U.S. Attorney General
Lafayette Indiana Police Department
Tippecanoe County Sheriff Department
Indiana State Police
Defendants                                  Cause number -  4:14CV028



MOTION -  A motion to make record with the United States District Court, Northern District of
Indiana that a record and or a report of a missing black leather jacket which belonged to me was sent to
the following parties with details pertaining.

FBI – Indianapolis
8825 Nelson B Klein Pkwy.
Indianapolis IN. 46250

FBI – Internal Affairs – Washington DC
935 Pennsylvania Ave.  NW
Washington DC  20535



I am also in the process of sending the same information to -

1  Lafayette Police Officer  Matthew Meeks
2  Lafayette Police Officer  Bernie Myers                 Case number – 2014   3902

3  Lafayette Indiana Police Department – Internal Affairs
4  Tippecanoe County Sheriff – Internal Affairs
5  Indiana State Police – Internal Affairs

The information that will be sent to the five parties above will be sent April 23, 24, or 25,  of  2014.

Proof that the information sent to the federal bureau of investigation proved to be interesting.

Indianapolis – sent   April 7
      delivered   April 8
      signed for   April 8
      signed by   Chris Csenar

I thought the return ( signed )  green card should have been returned to me on the 9, 10, or 11th proving that they had received it and signed for it.  On friday April 11th  I was on the phone with an attorney and I stated that it might be possible that the FBI doesn't want there to be any proof of such a complaint.

On saturday April 12th  the return ( signed ) green card was delivered to me.


Washington DC – sent   April 7
Internal Affairs
      available for pickup   April 10
      delivered   April 11
      signed for   April 11
      signed by   ???


It had taken 3 days to get to Washington. Had it taken 3 days to return to me  it would have arrived April 15.  The 16th  17th  and 18th  went by.  On friday April 18  I went to the Lafayette post office and asked if there was any record of whom might have signed for the package of information.
I was delighted to get a print out of the actual signiture.   I thought it was possible that I wouldn't get the return green card delivered back to me.


Take a look at the printed signature
Richard  Stuart         And at the bottom of the page  RH corner   there is proof that the print out occurred  4/18/2014

I thought it was possible that the green card might not be returned back to me. So when I returned back home from the post office with the signature I posted a note on my computer -
      “ Green card or No     Richard Stuart has signed for the information
        that I sent to the FBI  Internal  Affairs  office in Washington DC. “

I wanted the police and or the FBI to know that I knew the information had been received by the  FBI and signed for.

On saturday April 19th  ( the next day )  the return ( signed )  green card was delivered to me.  But it had been signed by  JG Turner  which was a contradiction.     There were 2 different signatures.



      Richard Stuart        and
        |
      JG  Turner

I am not in the post office business and I wasn't going to jump to any conclusions. I went back to the post office in Lafayette Indiana and asked the very clerk who had provided me with the printed signiture to start with.  I asked him what he made of the contradiction.   He didn't respond.  So I asked the clerk next to him.

The postal clerk studied the information then stated that it was odd and made no sense.  The signatures should be the same  but they are not.


Foul play?

I don't know and I really don't care.  But I figured it was probably in my best interests to make a note of it.

My black leather jacket was taken from my apartment  March 31  2014  the day I filed my federal lawsuit.  I sent all the information that I could regarding this incident to ( 2 )  Federal Bureau of Investigations offices.  Indianapolis and  Washington DC.

They received the information.
They signed for it.
And now I have documented this information with the United States District Court.

I believe the police are the ones that stole the black leather jacket.

Circumstantial Evidence

Stole it      seized it          call it what you want.

Unreasonable search and seizure – under the fourth amendment is the violation I filed via the federal lawsuit.

It was essential that I file this information with the United States District Court.



In ending I would like to provide some additional information that was left out of the original lawsuit which was filed March 31,  2014.

Purdue University Computer Cyber Forensic Specialists

Marcus Rodgers      rodgersmk@purdue.edu
Eric Katz           ekatz@purdue.edu

I had left out Eric Katz's email address originally because at the time I did not have the email address. These two gentlemen are   essential when it comes to explaining  the online sabotage  and or hacking in which I have been subjected to.  Eric Katz is well versed in computer  cyber forensics and mobile phone forensics.

4 mm

Marcus Rodgers is world renown. Which means he is one of the best in the world.

Comes now the plaintiff, Rick Leslie, by counsel -  PRO SE

Thank you for your time and your attention

Rick Leslie
Pro Se
April 23 , 2014

702 Old Farm Road
Lafayette Indiana  47909

765  491-2759

5 mm

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBI    Duty Agent

8825 Nelson B Klein Pkwy

Indianapolis In. 46250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Chris Cronen        ☑ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Chris Cronal                    4-8-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. A
(Ti                                    3764

PS F                                   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBI    Internal Affairs

935 Pennsylvania Ave
                 NW

Washington DC
      20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                      ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JG Turner/Jun          4/11/14

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2250 0002 2998 3771

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

2

# Product Tracking System

**UNITED STATES POSTAL SERVICE®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTS / EDW | USPS Corporate Accounts | April 22, 2014 |

## Track & Confirm Intranet
## Delivery Signature and Address

Tracking Number: 7013 2250 0002 2998 3764

This item was delivered on 04/08/2014 at 10:39:00

< Return to Tracking Number View



Enter up to 10 items separated by commas

Select Search Type: Quick Search          Submit

Product Tracking System, All Rights Reserved
Version: 1 7 0 17

# Product Tracking System

UNITED STATES POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTS / EDW | USPS Corporate Accounts | April 13, 2014 |

## Track & Confirm Intranet
### Delivery Signature and Address

Tracking Number: 7013 2250 0002 2998 3771

This item was delivered on 04/11/2014 at 10:02:00

< Return to Tracking Number View



Enter up to 10 items separated by commas

Select Search Type: Quick Search

[Submit]

Product Tracking System, All Rights Reserved
Version: 1 7 0 17

2



 **USPS.COM**                              Search USPS com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70132250000229983764**

Expected Delivery Day: **Tuesday, April 8, 2014**

## Product & Tracking Information

| Postal Product: | Features: | | Available Actions |
|---|---|---|---|
| Priority Mail 1-Day™ | Certified Mail™ | Return Receipt | USPS Text Tracking™ |
| | | | Email Updates |

| | | |
|---|---|---|
| April 8, 2014 , 10:39 am | Delivered | INDIANAPOLIS, IN 46250 |
| April 8, 2014 , 8:05 am | Out for Delivery | INDIANAPOLIS. IN 46256 |
| April 8, 2014 , 7:55 am | Sorting Complete | INDIANAPOLIS. IN 46256 |
| April 8, 2014 , 3:37 am | Arrival at Unit | INDIANAPOLIS. IN 46256 |
| April 8, 2014 , 12:37 am | Processed at USPS Origin Sort Facility | INDIANAPOLIS, IN 46241 |
| April 7, 2014 | Depart USPS Sort Facility | INDIANAPOLIS. IN 46241 |
| April 7, 2014 , 9:05 pm | Processed at USPS Origin Sort Facility | INDIANAPOLIS. IN 46241 |
| April 7, 2014 , 4:00 pm | Acceptance | LAFAYETTE. IN 47905 |

## Track Another Package

What's your tracking (or receipt) number?

_____        Track It

| LEGAL | ON USPS.COM | ON ABOUT USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | New sroom › | Postal Inspectors › |
| FOIA | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data | Customer Service | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

 **USPS.COM**



English          Customer Service          USPS Mobile                                          Register / Sign In



Search USPS com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #' Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Look Up a ZIP Code
Hold Mail
Change of Address



**Customer Service ›**
Have questions? We're here to help.

# USPS Tracking™

Tracking Number: **70132250000229983771**

Expected Delivery Day: **Thursday, April 10, 2014**

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™          Return Receipt

| | | |
|---|---|---|
| **April 11, 2014 , 10:02 am** | **Delivered** | WASHINGTON, DC 20535 |
| April 10. 2014 . 11:25 am | Available for Pickup | WASHINGTON. DC 20535 |
| April 10. 2014 . 11:03 am | Sorting Complete | WASHINGTON, DC 20018 |
| April 10, 2014 | Depart USPS Sort Facility | WASHINGTON. DC 20018 |
| April 10. 2014 . 10:34 am | Arrival at Unit | WASHINGTON. DC 20018 |
| April 10. 2014 . 8:33 am | Processed through USPS Sort Facility | WASHINGTON. DC 20018 |
| April 10. 2014 | Depart USPS Sort Facility | WASHINGTON. DC 20066 |
| April 10. 2014 . 1:13 am | Processed through USPS Sort Facility | WASHINGTON. DC 20066 |
| April 9. 2014 | Depart USPS Sort Facility | DULLES. VA 20101 |
| April 8. 2014 . 10:39 pm | Processed through USPS Sort Facility | DULLES. VA 20101 |
| April 7, 2014 | Depart USPS Sort Facility | INDIANAPOLIS. IN 46241 |
| April 7. 2014  9:06 pm | Processed at USPS Origin Sort Facility | INDIANAPOLIS. IN 46241 |
| April 7. 2014 . 4:01 pm | Acceptance | LAFAYETTE. IN 47905 |

## Available Actions

USPS Text Tracking™

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

Track It



Surveillance is defined as oversight or supervision. In criminal law, an investigative process by which police gather evidence about crimes or suspected crimes through continued observation of persons or places.



Consolidated Property Management
1801 Main street
Lafayette IN. 47904
(765) 742-0195


Rick Leslie  actually lives at this address below
3958 Amelia avenue  # 8
Lafayette IN. 47905

but receives all mail at this address below

Rick Leslie
702 Old Farm Road
Lafayette IN. 47909




Leandra Anderson
3958  Amelia avenue # 7
Lafayette IN. 47905


        ???
3958 Amelia avenue # 5
Lafayette IN. 47905            see information below to identify both females who live at this
                              address.

Woman who actually has the son.  Drives a red volkswagon. License plate number – BC4692
Indiana plates

Her sister, the woman who the lafayette police department was seen talking to June 1, 2014  at 8:49pm.
This female drives a Hyundai  Santa Fe. License plate number – D727NK    Handicapped  plates.
Indiana plate


Both vehicles can be seen in video # 1101  June 2, 2014    10:44am



Tippecanoe county sheriff department

refer to page 6 of that written memo

Oct. 10, 2012   11:07pm
Tippecanoe county sheriff detective
    D.  Jason Morgan and a partner of his.

Knocking on my neighbors door at  3958 Amelia avenue   Lafayette IN. 47905  Apartment #  7
Leandra Anderson

I finished typing up the written memo above  at 6pm   give or take a couple of minutes    June 1, 2014.

A  tippecanoe county sheriff shows up just minutes later  at 3958 Amelia avenue on   June 1, 2014.  I
have a video of him having gotten back inside his car to leave at  6:19pm.

Lafayette Indiana police department follows on the same  date – June 1, 2014. I am not sure how long
they were at  3958 Amelia avenue  Apartment # 5  before I first noticed their presence.  I have video of
their presence at  3958 Amelia avenue   Apartment # 5  at  8:47pm.

FOLLOW VIDEOS IN THIS ORDER

1092  June 1, 2014   6:19pm        length of video – 24 seconds

I looked out my window and saw a sheriff car sitting out front here at 3958 Amelia avenue. I went to
my front door and looked out my peep hole and listened for any activity. I heard some light
conversation so I opened my front door and saw both Leandra Anderson and a male sheriff standing
downstairs just inside the entry door having a private conversation. I then shut my front door and
retrieved a video camera. I went to the window facing outside and saw the sheriff get inside his vehicle.
I turned on my video camera to record his vehicle.  I zoom in to see a hand on top of the steering wheel
illustrating that there was in fact a sheriff sitting inside the vehicle.

1093  June 1, 2014   8:47pm        length of video – 27 seconds

I was reading something inside the room that faces the parking lot when I heard some commotion
outside. I looked out the window to see a vehicle  that I did not recognize directly below the window.
Out jumped a female literally and she scurried around the side and to the back of the building, which I
thought was odd.  That is when I looked to the left and noticed a lafayette indiana police car parked on
the side of the street just before the entrance to the actual parking lot.

I had to go retrieve my camera once again and when I did I filmed sight of the lafayette indiana police car at a distance. I zoom in to identify that it is actually a lafayette indiana police car.

As I panned around to the red car below the female had already gotten back inside her vehicle. You can see her sitting inside the vehicle.

1094  June 1, 2014    8:49pm    length of video – 13 seconds

As I came out of the door of my building I saw a female holding her new born baby. This female lives at 3958 Amelia avenue # 5. She drives the Hyundai  Santa Fe,  handicapped plate number -  D727NK. Indiana plates. She was several feet in front of her apartment door talking with 2 lafayette indiana policemen. I got inside my vehicle, rolled down the passenger window and began to videotape the incident. The female had moved back inside her apartment and out of view. Leaving both the lafayette indiana policemen standing near her front door.

The other female who lives at  3958 Amelia avenue # 5 has a young son. She drives a Volkswagon, plate number – BC4692       Indiana plates.  HER CAR WAS NOT IN THE PARKING LOT WHICH MEANS  SHE WAS NOT AT HOME.

At the 5 second mark you can see the   address - 3958  (posted on the building)

At the 6 second mark you can see # 5 (posted on the building) via apartment number 5.

* In order to prove that the woman who drives the red volkswagon wasn't home you need to resort back to video  1093  at the 6 second mark. There is no sight of her vehicle.

1095  June 1, 2014    8:50pm    length of video – 49 seconds

Once the police know that I am onto them, it is time for them to move on.  A sudden departure.

At the 4 second mark you can see # 5 (posted on the building) via apartment number 5.

Pardon the herky jerky motion. I have yet to master filming and driving simultaneously. The camera is all over the place until the 28 second mark. This is where I pick up the two policemen making their long trek back to their cars.

39 – 45 second mark you see the two lafayette indiana police cars parked one behind the other.



1101    June 2, 2014      10:44am      length of video – 12 seconds

This is the very next day

Beginning of video shows the red volkswagon and the silver hyundai  santa fe. Both of the ladys in 3958 Amelia # 5 are at home this morning.

There are two boys in the video. One belongs to Leandra Anderson who lives at 3958 Amelia avenue #7. The other boy belongs to the gal who lives at 3958 Amelia avenue # 5.  She drives the red Volkswagon license plate number – BC4692.   The boys  are playing together which is something they just started doing.  Then you see a girl sitting on the sidewalk. That is Leandra Anderson.

You see Leandra Anderson motion with her hand at the 10 second mark. She is talking with someone in front of her which is apartment # 5.

Refer to   Tippecanoe county sheriff department  page 6 of that manuscript.

October 10, 2012   11:07pm
Tippecanoe county sheriff detective
     D. Jason Morgan and a partner of his.

Knocking on my neighbors door at 3958 Amelia avenue   lafayette in. 47905      Apartment 7
Leandra Anderson

The online police had seen me watch a video on my computer  the night before which was - (October 9, 2012)    This video  punched holes in sheriff andrew heaths arresting  police report. ( I was arrested september 18, 2012. )   It was a surveillance video that I had retrieved from a business location.

I believe the sheriff detective showed up eager to make yet another unnecessary arrest. Or at least look into it anyway. But there was no reason to make an arrest. So the sheriff detective or department recruited Leandra Anderson. She and I were on rather good terms before they showed up that day. And she wasn't home when they showed up. Which means she wasn't expecting them. I saw them come and go and I saw the business card they left at her door.

What followed was an ordeal. Leandra Anderson at the time did not have any males in her life. I think the sheriff department capitalized on that. She was lonely, broke $, and craved attention. I believe the sheriff department gave her all of the attention she wanted. She started acting strangely, pulling her young son into her apartment every time she got sight of me. And she had a cell phone she was suddenly carrying every time I saw her for weeks on end. She is not a very bright girl and that is really the truth. She would sit literally behind the entry door of the apartment building not to one side or the other but in the middle of the doorway. Making it difficult to pass through. And she had developed an attitude of sorts.  I refused to acknowledge her and or the attitude. I just pretended that she wasn't there which wasn't an easy task.  She didn't like it when I refused to acknowledge her. She called the police or pretended like she was calling the police on a few occasions.   Then came the staged arguments she had with her younger son at the base of my front door. They were lengthy arguments and very unusual. I KNEW THEY WERE FAKE. Staged. Planned.



It took a while for her and I to really recover. She is my neighbor. One needs to get along well with their neighbor. She recently told me about her sons dad. Apparently he has been in and out of jail and prison on somewhat of a regular basis. And it wasn't long ago, just a little over a month ago that he was actually living with Leandra Anderson for a short while.

They have some real issues. And according to her this man is a thorn in her side. She claims he has made her life difficult. I believe the sheriffs department is aware of all of this. Leandra and this man have a court date coming up real soon. Visitation rights and or issues she is not looking forward to. She says he might go away for a while.

I think the sheriff who showed up here at 3958 Amelia avenue on June 1, 2014 showed up to remind Leandra Anderson that she has an agreement with the sheriffs department. And if things are going to go her way regarding the father of her son, then she is going to need to be loyal to the sheriffs department regarding Rick Leslie.


BACK TO THE VIDEOS

These two videos prove that the police are using my computer to harass me. 17 months and 7 days of constant abuse. This is the reason I sued the united states government. This abuse of power is unprecedented.


4670     June 20, 2013     1:51am     length of video – 2 minutes and 41 seconds

There is a sight online called Youtube.com     You can watch music videos. This particular video is from an artist called Nicole Sherzinger. The song and or video is titled - Lets get a little wet. It might even be titled   wet. I'm not really sure exactly what the title is. But it is not hard to find on Youtube.

The computer I was using at the time was a sony vaio. And you can see the letters at the bottom of the screen in the middle    VAIO

When you watch these music videos an orange bar will appear just above  VAIO  there at the bottom of the computer screen only when you grab your mouse and move it. You have to move that mouse in order for that orange bar to appear.

If you look to the right of the screen you will see both of my hands.

The intrusions speak for themselves. There are a total of 6.


7460  September 9, 2013     10:50pm     length of video – 1 minute and 28 seconds

After my september 18, 2012 arrest I spent some time as a pro se  defendant. I typed up a few motions and was in constant contact with attorneys by way of email.  The police would interrupt me on a regular basis using a number  of different techniques.  They did it because I didn't have a lawyer.

I filed a federal lawsuit March 31, 2014. The online invasions continue and they continue because I don't have a lawyer.

In this video you will see my face for a split second wearing what looks like a pair of sunglasses. I only bring it up because it looks kind of odd. The glasses are designed to protect the eyes.

You will also notice that I am actually talking to myself. Or mumbling to myself.

"I'll call your office sometime in the next couple of days. We'll get together and have a great conversation."

I am sending an email to a lawyer in this video.

This might read a little complicated but just bare with me. A lot of these intrusions are subtle. The same intrusions are done over and over again. Eventually they become a language all their own.

I am sending an email.
At the 25 second mark    you will see    Compose mail

Look for the arrow resting on Compose mail then listen for the click

I had to click it twice to get it to open up. Sometimes I have to click it three or four times.

If you look at the bottom right hand corner of the screen you will barely see a gray strip that says "New message"      It is hard to read but that is what it says.

The first time I clicked  Compose mail  I was unsuccessful,   that is why you see one gray strip at the bottom right hand corner that says "New message"

The police aggravate  me with this type of maneuver.  Like I said   sometimes I have to click  Compose mail three or four times.  And then I will  have more than one gray strip  at the bottom right hand corner of the screen.

The activity is meant to aggravate  me. And they have a lot of different ways and things that they do. It is a constant barrage of invasions. The idea is to get under my skin.

I only have one line typed on this particular email. If you will notice the fifth word typed from the left. At the 1 minute and 13 second mark you will see the intrusion.  And then it disappears at the  1 minute and 20 second mark.



This particular intrusion is used on a regular basis. It is like getting punched in the mouth on a regular basis.



Conclusion

The police don't have any reason to be on my computer, cell phone and tracking my vehicle, all of which they have been given permission by the court.

They are telling the court that I am a threat to people, a threat to kids.

And it is not accurate information. It is manufactured information.



Page 2 ¾   CAUSE(S) OF ACTION WITH SUPPORTING FACTS

I am accusing all four defendants of all 41 violations. All of which are numbered below.

1 Unreasonable search and seizure – under the fourth amendment
2 Computer crime
3 Concerted action ( Concert of action )
4 Conspiracy
5 Abuse of process
6 Conspirator
7 Cyberstalking
8 Defamation
9 Disturbance of the peace
10 Emotional duress
11 Facilitation
12 Harassment
13 Immoral conduct
14 Injury
15 Invasion of privacy
16 Malice
17 Mental anguish
18 Misconduct in office
19 Nuisance
20 Nuisance per se
21 Omission
22 Possession
23 Right of privacy
24 Stalking
25 Torture
26 Unlawful entry
27 Willful ( Wilful )
28 Wrong
29 Wrongful act
30 Accessory
31 Accomplice
32 Coercion
33 Aid and abet
34 Trespass
35 Trespasser
36 Wiretap
37 Provocation
38 Intent
39 Mens Rea
40 Scienter
41 Culpable Mental state

42 Excessive Force

2 3/4

Judge

These are special requests.

I am leaving for california june 16.   I have calculated how long it will take to get out there and how long the change of address process takes. By my estimation I need till July 25, 2014 to answer back to the defendants lawyers.  I have until June 16 to answer the sheriff department lawyer.  I will answer that but I am hoping that my amended complaint is accepted  which will prolong the lawsuit that I have filed against the tippecanoe county sheriffs department.

In regards to  the amended complaint I will  send it  to all defendants including a new defendant. Once I receive the signed green cards back from the post office I will then send them all to the clerk of court as needed.  As soon as I get them I will send them.

If there are any depositions I am requesting that I be able to participate on the phone.  Once I get out to california I am not coming back for any depositions.

If there are any hearings I am requesting that I be able to participate on the phone.  Once I get out to california I am not coming back for any hearings.

Once the trial is scheduled, I will definitely show up for that.

I would like a court ordered copy of the police report that the lafayette indiana police department filed June 1, 2014  or thereafter    regarding the trip to this address -

3958 Amelia Ave.    Apartment # 5
Lafayette Indiana 47905

I don't have their names ( occupants of this address )  but I do have car license plate numbers.

The woman who has a young son. She was not home June 1, 2014 when the lafayette police were there. She drives a red volkswagon Indiana plate – BC4692.

Her sister who the police were talking with June 1, 2014. This female has one child. A new born baby. She drives a silver Hyundai Santa Fe handicapped indiana license plate number – D727NK.

My fear is if you were to request a copy of this police report,  there is a very good chance that you would be provided with the wrong report.  Then the police turn around and provide a completely different report to a different federal judge.  It depends on what the police are trying to accomplish. They are not only not to be trusted.  These people are above and beyond the law.

I think  the police have an unfair advantage and use the  information I post  online to pass along to lawyers for the defendants and perhaps even the court.   My apartment lease states -  Month to month leases will require a 60 day written notice by either the Lessor or the Lessee to terminate the contract.

I am on a month to month lease.  The apartment management company can ask me to leave for no apparent reason. But that is rare. But considering all of the police activity out here at my apartment

complex. And considering all of the police spreading false and malicious information about me to neighbors, I believe this to be the reason why I am being asked to move. The police know I have been thinking about moving to california and they have went out of their way to play a role in that possibility. Thus putting my lawsuit against them in jeapardy.

I told my mother over the phone a few weeks ago that if I was asked to move from my apartment complex that I would more than likely not sign another 12 month lease at another location here in lafayette. I then told her I would more than likely move to california. And sure enough I was given a 60 day notice to move.   That is when I contacted management and asked for a three month extension claiming I had filed a lawsuit against the police and needed to be here in lafayette to pursue it successfully.   The apartment manager also knew that I was considering moving to california.

I believe the police have something to do with me not getting that three month extension. The things they do behind the scenes is one of the reasons I filed this lawsuit.

Watching me type up these requests online is an unfair advantage. Passing this information onto defendants attorneys and perhaps even the court is also an unfair advantage. I believe this to be a primary reason why the police were given permission to hack my computer, so that they could create an unfair advantage for themselves regarding any potential lawsuits against them.

I called the clerk of the court in lafayette indiana friday june 6, 2014 and was told that there was no attorney on record for eric holder.

That is good. I have removed eric holder as one of the defendants. Instead of eric holder, I am suing the united states department of justice.

A final certificate of service just in case it is needed for whatever reason
behind this page

## CERTIFICATE OF SERVICE

I certify that on the ___10___ day of ___June___ 2014  I sent the foregoing to be filed with the clerk of the court and correct copy of the above was made upon counsel for defendant:

U.S. Department of justice
950 Pennsylvania avenue NW
Washington DC  20530

Caren Pollack
10333 N. meridian street    suite 111
Indianapolis In. 46290

Douglas Masson
200 Ferry street    suite c
PO box  99
Lafayette in. 47902

Daniel gore and LaKesha triggs
Indiana attorney general office
Indiana government center south
302  W.  Washington street        5th floor
Indianapolis In.  46204

Federal Bureau of Investigations
935 Pennsylvania Ave. NW
Washington DC  20535

by depositing the same in the united states mail, properly addressed and with sufficient first class postage affixed.

_____ Rick Leslie

Pro se  plaintiff